# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-2002-PKH |
| Jessica Smedley, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-2021-PKH |
| Tanada Smith, *et al.,* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-02023-PKH |

1

| | |
|---|---|
| Chris Cant, *et al.,* individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System and John Doe Insurance Carrier,<br><br>          Defendants. | Case No. 2:23-cv-02027-PKH |
| Carl Schoolfield, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>Mena Regional Health System,<br><br>          Defendant. | Case No. 2:23-cv-02013-PKH |

**UNOPPOSED MOTION FOR CONSOLIDATION OF RELATED ACTIONS**

Pursuant to Rule 42(a) and Western District General Order No. 39, Paragraph (c), Plaintiffs David Rodriguez, Jessica Smedley, on behalf of herself and her minor children, Daniel Smedley, Tanada Smith, on behalf of herself and her minor children, Chris Cant, Timothy Craig, and Carl Schoolfield ("Plaintiffs") respectfully jointly move to consolidate the five putative class actions (the "Mena Actions") now pending before this Court against Defendant Mena Hospital Commission d/b/a Mena Regional Health System ("Defendant").

2

1.      Each of the pending matters has been brought on behalf of individuals who have brought claims against Defendant for allegedly allowing the disclosure of their personally identifiable information (PII), such as names and Social Security numbers. In order to ensure efficient and streamlined litigation while also avoiding unnecessary cost for all parties, Plaintiffs' seek to consolidate the Mena Actions, adjourn all currently pending deadlines, thus allowing Defendant to file a responsive pleading after Plaintiffs' Court-appointed interim leadership[1] files a Consolidated Complaint, and an appropriate responsive pleading schedule is established. The pending related actions to be consolidated are:

- *David Rodriguez v. Mena Hospital Commission d/b/a Mena Regional Health System,* Case No. 2:23-cv-2002-PKH filed on January 6, 2023;

- *Jessica Smedley, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System,* Case No. 2:23-cv-2021-PKH filed on February 7, 2023;

- *Tanada Smith, et al., v. Mena Regional Health System,* Case No. 2:23-cv-2023-PKH filed on December 23, 2022 (removed from state court);

- *Chris Cant, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System and John Doe Insurance Carrier,* Case No. 22:3-cv-2027-PKH filed on February 15, 2023 (removed from state court);

- *Carl Schoolfield v. Mena Hospital Commission d/b/a Mena Regional Health System*, Case No. 2:23-cv-2031-PKH filed on February 1, 2023 (removed from state court).

---

[1]    It is anticipated that Plaintiffs' Counsel will propose an interim leadership structure for this litigation. Should Plaintiffs' Counsel be unable to agree on such a structure, they will engage the Court in Rule 23(g) motion practice relating thereto.

2. Under Rule 42(a), this Court has broad discretion to consolidate actions involving common questions of law or fact.

3. Here, having already ordered assignment of all five of the related actions before United States District Judge P. K. Holmes, III, consolidation falls soundly within this Court's discretion.

4. The Court should also order the consolidation of all subsequently filed actions involving common questions of law and fact and subject the consolidated cases to Plaintiffs' proposed interim class leadership structure as may be separately ordered by the Court in order to facilitate efficient prosecution of this data breach litigation.

5. Plaintiffs' Counsel has consulted with Defendant's Counsel which has advised that while the Defendant denies the allegations in the Actions and denies Plaintiffs are entitled to any of the relief sought, Defendant does not oppose consolidation.

WHEREFORE, premises considered, Plaintiffs respectfully request that this Court grant Plaintiffs' Joint Motion Unopposed by Defendant to Consolidate the related Mena Actions and adjourn all pending deadlines until the Court rules on Plaintiff's joint motion for consolidation. Plaintiffs respectfully request to have thirty (30) days from this Court's ruling on the Joint Motion Unopposed by Defendant to Consolidate to file the consolidated amended complaint.

Respectfully submitted,

Dated: April 5, 2023

Josh Sanford
Ark. Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088

Bryan L. Bleichner (*pro hac vice* pending)
Philip J. Krzeski (*pro hac vice* pending)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Counsel for David Rodriguez
and the Putative Class*

Breean Walas (AR Bar No. 2006077)
**WALAS LAW FIRM**
711 West 3rd Street
Little Rock, Arkansas 72201
*breean@walaslawfirm.com*
Tel: (501) 246-1067

Thiago Coelho (*pro hac vice* forthcoming)
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
T: (213) 381-9988
F: (213) 381-9989

thiago@wilshirelawfirm.com

*Counsel for Jessica Smedley, et al., and the Putative Class*

Christopher D. Jennings
**JOHNSON FIRM**
610 President Clinton Ave., Suite 300
Little Rock, Arkansas 72201
Tel: (501) 372-1300
chris@yourattorney.com

Gary E. Mason (*pro hac vice* forthcoming)
Danielle L. Perry (*pro hac vice* forthcoming)
Lisa A. White (*pro hac vice* forthcoming)
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Counsel for Tanada Smith, et al., and the Putative Class*

Randall K. Pulliam (AR Bar 981105)
Courtney E. Ross (AR Bar 2021156)
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th St.
Little Rock, Arkansas 72201
Telephone: 501-312-8500
Fax: 501-312-8505
rpulliam@cbplaw.com
cross@cbplaw.com

Gary F. Lynch (*pro hac vice* forthcoming)
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

glynch@lcllp.com

*Counsel for Chris Cant, et al.,*
*and the Putative Class*

Joseph Gates (AR Bar 2010239)
**GATES LAW FIRM**
2725 Cantrell Rd., Ste. 105
Little Rock, Arkansas 722202
Phone: (501) 779-8091
Fax: (479) 269-9788
Gates@gateslawpllc.com

Raina Borrelli (*pro hac vice* forthcoming)
**TURKE & STRAUS LLP**
613 Williamson St., St., Ste. 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

*Counsel for Carl Schoofield*
*and the Putative Class*