## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>                    Defendant. | Case No. 2:23-cv-2002-PKH<br><br>**JOINT STATUS REPORT** |

The parties/counsel identified below participated in the meeting required by Fed. R. Civ. P. 26(f) and the Local Rules on April 6, 2023 and prepared the following report. [1]

Phil Krzeski and Bryan L. Bleichner on behalf of Plaintiff David Rodriguez and the Putative Rule 23 Class.

Timothy Lowe on behalf of Defendant Mena Hospital Commission d/b/a Mena Regional Health System

1. **Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).**

    None

2. **Date when initial disclosures were or will be made.**

    On or before April 28, 2023.

3. **Subjects on which discovery may be needed.**

---

[1] Plaintiff has moved to consolidate the pending related actions in the United States District Court for the Western District of Arkansas. If the Motion is granted, the parties will seek a consolidated discovery schedule.

- All of the elements of Plaintiffs' claims and Defendants' defenses to those claims;
- Issues related to Rule 23 certification; and
- Damages.

4. **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:**

   a) **whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;**

   The parties anticipate that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.

   b) **the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;**

   Unknown at this time.

   c) **the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

   The parties will prepare an ESI protocol to be submitted to the Court no later than June 23, 2023.

   d) **whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;**

   The parties have been made aware of the need to maintain the relevant records taken in the ordinary course of business.

   e) **other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

   None known at this time.

5. **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

The parties' consent to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the primary e-mail address at which each attorney of record receives ECF filings in this case. The parties agree that discovery may be signed by e-signature rather

than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

**6. Any Orders, e.g., protective orders which should be entered.**

The parties reserve the right to seek a protective order as discovery progresses.

**7. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

None at this time.

**8. Any objections to proposed trial date.**

In order to conduct additional discovery, brief class certification, and/or summary judgment, the parties request the Court set a trial date for August 5, 2024.

**9. Proposed deadline for joining other parties and amending the pleadings.**

June 30, 2023

**10. Proposed deadline for Completing Discovery.**

May 15, 2024

**11. Proposed Deadline for Filing motion for Class Certification.**

March 22, 2024

**12. Proposed deadline for filing motions other than motions for class certification.**

May 26, 2024

Respectfully submitted,

| /s/ Josh Sanford | /s/Timothy J. Lowe |
|---|---|
| Josh Sanford (AR Bar No. 2001037) **SANFORD LAW FIRM, PLLC** 10800 Financial Centre, Pkwy., Ste. 510 Little Rock, Arkansas 72211 Phone: (501) 787-2040 Bryan L. Bleichner (*pro hac vice* pending) | Timothy J. Lowe (P68669) **MCDONALD HOPKINS, PLC** 39533 Woodward Ave., Ste. 318 Bloomfield Hills, MI 48304 t: 248.220.1359 tlowe@mcdonaldhopkins.com |

| | |
|---|---|
| Philip J. Krzeski (*pro hac vice* pending)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Phone: (612) 339-7300<br>bbleichner@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com<br><br>Gary M. Klinger (admitted *pro hac vice*)<br>**MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Phone: (866) 252-0878<br>gklinger@milberg.com<br><br>*Counsel for David Rodriguez and the Putative Class* | Patrick McDaniel Ark. Bar No. 97133<br>**ATTORNEY AT LAW, P.A.**<br>311 DeQueen St.<br>Mena, AR 71953<br>t: 479.394.3091 \| f 479.394.3092<br>patrick@arklawyer.com<br><br><br>*Counsel for Defendant* |

31891214.1