# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-2002-PKH |
| Jessica Smedley, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-2021-PKH |
| Tanada Smith, *et al.,* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-02023-PKH |

1

| | |
|---|---|
| Chris Cant, *et al.,* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>Mena Hospital Commission d/b/a Mena Regional Health System and John Doe Insurance Carrier,<br><br>Defendants. | Case No. 2:23-cv-02027-PKH |
| Carl Schoolfield, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-02031-PKH |

## PLAINTIFFS' MOTION TO APPOINT CO-LEAD CLASS COUNSEL AND LIAISON COUNSEL UNDER RULE 23(g)

Plaintiffs David Rodriguez, Jessica Smedley, on behalf of herself and her minor children, Daniel Smedley, Tanada Smith, on behalf of herself and her minor children, Chris Cant, Timothy Craig, and Carl Schoolfield ("Plaintiffs"), individually and on behalf of all others similarly situated, submit Plaintiffs' Motion to Appoint Interim Co-Lead Class Counsel and Liaison Counsel under Fed. R. Civ. P. 23(g)(3).

1.     Plaintiffs respectfully request the Court appoint Bryan L. Bleichner (Chestnut Cambronne PA) and Danielle L. Perry as Interim Co-Lead Class Counsel ("Co-Lead Counsel"). Plaintiffs also respectfully request the Court appoint Randall K. Pulliam (Carney Bates & Pulliam,

LLC) as Liaison Counsel ("Liaison Counsel").

2.      Plaintiffs conferred with Defendant's Counsel via email on April 18, 2023, who indicated that, while Defendant does not agree with the allegations made by Plaintiffs in their Complaints and denies any liability to Plaintiffs, Defendant does not take a position on Plaintiff's Motion to Appoint Co-Lead Class Counsel and Liaison Counsel under Rule 23(g).

3.      Plaintiffs incorporate the Brief filed herewith.

WHEREFORE, premises considered, Plaintiffs request that the Court appoint lead counsel as described herein and in the Brief in Support, and any other relief as may be just.

Respectfully submitted,

Dated: April 19, 2023

Josh Sanford
Ark. Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 787-2040
josh@sanfordlawfirm.com

Bryan L. Bleichner (*PHV* granted)
Philip J. Krzeski (*PHV* granted)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Danielle L. Perry (*pro hac vice* forthcoming)
Gary E. Mason (*pro hac vice* forthcoming)
Lisa A. White (*pro hac vice* forthcoming)
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
dperry@masonllp.com
gmason@masonllp.com
lwhite@masonllp.com

3

*Proposed Interim Co-Lead Class Counsel*

Randall K. Pulliam (AR Bar 981105)
Courtney E. Ross (AR Bar 2021156)
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th St.
Little Rock, AR 72201
Telephone: 501-312-8500
Fax: 501-312-8505
rpulliam@cbplaw.com
cross@cbplaw.com

*Proposed Interim Liaison Counsel*

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Breean Walas (AR Bar No. 2006077)
**WALAS LAW FIRM**
711 W. 3rd Street
Little Rock, AR 72201
*breean@walaslawfirm.com*
Tel: (501) 246-1067

Thiago Coelho (*pro hac vice* forthcoming)
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
T: (213) 381-9988
F: (213) 381-9989
thiago@wilshirelawfirm.com

Christopher D. Jennings
**JOHNSON FIRM**
610 President Clinton Ave.
Suite 300
Little Rock, AR 72201
Tel: (501) 372-1300
chris@yourattorney.com

4

Gary F. Lynch (*pro hac vice* forthcoming)
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@lcllp.com

Joseph Gates (AR Bar 2010239)
**GATES LAW FIRM**
2725 Cantrell Rd., Ste. 105
Little Rock, Arkansas 722202
Phone: (501) 779-8091
Fax: (479) 269-9788
Gates@gateslawpllc.com

Raina Borelli (*pro hac vice* forthcoming)
**TURKE & STRAUS LLP**
613 Williamson St., St., Ste. 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
rborelli@turkestrauss.com