UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>   Defendant. | Case No. 2:23-cv-2002-PKH |
| Jessica Smedley, *et al.*, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>   Defendant. | Case No. 2:23-cv-2021-PKH |
| Tanada Smith, *et al.,* individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br><br>Mena Regional Health System,<br><br>   Defendant. | Case No. 2:23-cv-02023-PKH |

1

| | |
|---|---|
| Chris Cant, *et al.,* individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br><br>Mena Hospital Commission d/b/a Mena Regional Health System and John Doe Insurance Carrier,<br><br>        Defendants. | Case No. 2:23-cv-02027-PKH |
| Carl Schoolfield*,* individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br><br>Mena Regional Health System,<br><br>        Defendant. | Case No. 2:23-cv-02031-PKH |

## **DECLARATION BRYAN L. BLEICHNER IN SUPPORT OF MOTION TO APPOINT CO-LEAD CLASS COUNSEL AND LIAISON COUNSEL UNDER RULE 23(g)**

I, Bryan L. Bleichner, hereby declares as follows:

      1.      I submit this declaration in support of Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and Executive Committee Counsel pursuant to Rule 23(g)(3).

      2.      I am counsel of record for Plaintiff David Rodriguez in the above-captioned case *Rodriguez v. Mena Hosp. Comm'n*, Case No. 2:23-cv-2002-PKH (W.D. Ark), along with co-counsel at Milberg Coleman Bryson Phillips Grossman PLLC and The Sanford Law Firm, PLLC. I am a shareholder at Chestnut Cambronne PA and a member in good standing of the Minnesota and California bars.

3. Danielle L. Perry is counsel of record for Jessica Smedley in the above-captioned case *Smith v. Mena Hosp. Comm'n*, Case No. 2:23-cv-2023-PKH (W.D. Ark.), along with co-counsel Johnson Firm, and is a partner with the law firm Mason LLP.  Ms. Perry is a member in good standing of the California and District of Columbia bars.

4. Randy Pulliam is counsel of record for Chris Cant in the above-captioned case *Cant, et al., v. Mena Hosp. Comm'n*, Case No. 2:23-cv-2027-PKH (W.D. Ark.), along with co-counsel Lynch Carpenter, LLP, is a partner at Carney Bates & Pulliam, PLLC. Mr. Pulliam is a member of good standing of the Arkansas, Texas, and Arizona bars.

5. The facts set forth in the declaration are based in part upon my personal knowledge and, in part, upon the representations of our co-counsel at Mason LLP and Carney Bates & Pulliam, PLLC.

6. Counsel for all Plaintiffs listed above have reached an agreement to work cooperatively as leadership in the consolidated matters to best represent the interests of putative class members, avoid duplicative work, and promote efficiency in these matters. Indeed, Proposed Interim Co-Lead Class Counsel and Liaison Counsel moved quickly to coordinate the proposed leadership structure due to the egregious nature of Defendant's alleged unlawful conduct and likelihood of imminent further harms to Plaintiffs and the class members. Proposed Co-Lead and Liaison Counsel seek this leadership structure to best serve the interests of the class in the most efficient manner possible

7. Proposed Co-Lead Counsel have previously worked together and with many of Plaintiffs' Counsel.  For instance, Counsel from Chestnut Cambronne PA and Mason LLP recently filed for leadership positions in *Anderson v. Fortra, LLC*, Case No. 23-cv-00533, ECF No. 34 (D. Minn.).

8.	Counsel have already committed significant time and resources litigating the instant actions.  In addition to investigating the claims of each named plaintiff and putative class members, counsel have also investigated the facts surrounding the data breach, interviewed consumers injured by the data breach, researched legal claims available to the putative class, drafted initial pleadings, researched potential data security and damages experts, and organized plaintiffs and counsel to consolidate the relevant actions for unified proceedings.

9.	Counsel have the resources to continue to vigorously prosecute this action on behalf of the proposed class. Counsel are expected and willing to pay assessments when necessary to ensure that adequate funds are available to prosecute this litigation.

10.	Counsel do not have any conflicts of interest with the proposed classes in the consolidated instant actions.  Proposed Interim Lead Counsel have not made any agreements with each other with respect to funding, cost-sharing, pooling clients, fees, or any other matter. Proposed Interim Lead Counsel understand that they will be required to make contributions to fund the litigation, and they will not accept any third-party funding to do so, other than reliance on their own firm's lines of credit.

11.	Counsel have already discussed how best to organize to effectively use members' diverse skills and unique experiences for the efficient prosecution and management of this litigation, while avoiding unnecessary and duplicative billing. If appointed, Proposed Interim Co-Lead Counsel will establish a protocol for regular time and expense reporting to monitor and manage the efficient prosecution of this action

12.	As detailed in the firm biographies attached to this Declaration as Exhibits A-C, each law firm is well-established, successful, and has the resources necessary to pursue a case of this magnitude.

13. On behalf of Mr. Bleichner, attached to this Declaration as Exhibit A is a true and correct copy of the firm biography of Chestnut Cambronne PA.

14. On behalf of Ms. Perry, attached to this Declaration as Exhibit B is a true and correct copy of the firm biography of Mason LLP.

15. On behalf of Mr. Pulliam, attached to this Declaration as Exhibit C is at true and correct copy of the Mr. Pulliam's biography at his firm Bates & Pulliam, PLLC.

I swear under penalty of perjury under the Laws of the United States that the foregoing is true and correct to the best of my knowledge.

                                                    Respectfully submitted,

Executed this 19th day of April, 2023        */s/ Bryan L. Bleichner*
                                                             **Bryan L. Bleichner**