AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

David Rodriguez, individually and on behalf of all others similarly situated )
*Plaintiff* )
v. ) Case No. 2:23-cv-02002-PKH
Mena Hospital Commission dba Mena Regional Health System )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Chris Cant and Timothy Craig.

Date: 04/21/2023

/s/ Randall K. Pulliam
*Attorney's signature*

Randall K. Pulliam (ABN 98105)
*Printed name and bar number*

Carney Bates & Pulliam, PLLC
519 W. 7th Street
Little Rock, AR 72201
*Address*

rpulliam@cbplaw.com
*E-mail address*

(501) 312-8500
*Telephone number*

(501) 312-8505
*FAX number*