AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

David Rodriguez, individually and on behalf of all others similarly situated )
       *Plaintiff* )
v. ) Case No. 2:23-cv-02002-PKH
Mena Hospital Commission dba Mena Regional Health System )
       *Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Chris Cant and Timothy Craig .

Date: 04/21/2023

/s/ Courtney E. Ross
*Attorney's signature*

Courtney E. Ross (ABN 2021156)
*Printed name and bar number*

Carney Bates & Pulliam, PLLC
519 W. 7th Street
Little Rock, AR 72201
*Address*

cross@cbplaw.com
*E-mail address*

(501) 312-8500
*Telephone number*

(501) 312-8505
*FAX number*