UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>   Defendant. | Case No. 2:23-cv-02002-PKH<br><br>Hon. P.K. Holmes, Jr. |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF DANIELLE L. PERRY**

Pursuant to Local Rule 83.5(d), Danielle L. Perry of Mason LLP, Court-appointed Co-Lead Class Counsel moves for the admission, *pro hac vice*, to represent Plaintiffs David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, and appear and participate on their behalf in this above-captioned matter. Ms. Perry's contact information is as follows:

 Danielle L. Perry
 **MASON LLP**
 5335 Wisconsin Avenue NW, Suite 640
 Washington, DC 20015
 T: (202) 429-2290
 dperry@masonllp.com

 Ms. Perry is a member in good standing of the following courts:

| Court: | Date of Admission: |
|---|---|
| State Bar of California | 12/4/2013 |
| Bar of the District of Columbia | 10/17/2016 |
| U.S. District Court for the Central District of California | 12/23/2013 |
| U.S. District Court for the Eastern District of California | 4/4/2014 |
| U.S. District Court for the Northern District of California | 4/1/2014 |
| U.S. District Court for the Southern District of California | 4/7/2014 |

| | |
|---|---|
| U.S. District Court for the District of Colorado | 1/24/2023 |
| U.S. District Court for the District of Columbia | 7/2/2018 |
| U.S. District Court for the Northern District of Illinois | 5/7/2021 |
| U.S. District Court for the Eastern District of Michigan | 11/4/2022 |
| U.S. District Court for the District of Nebraska | 9/21/2022 |
| U.S. District Court for the Eastern District of Wisconsin | 8/29/2022 |
| U.S. Court of Appeals for the 5th Circuit | 12/17/2019 |
| U.S. Court of Appeals for the 7th Circuit | 5/20/2022 |
| U.S. Court of Appeals for the Federal Circuit | 5/25/2021 |
| U.S. Court of Federal Claims | 2/10/2017 |

Ms. Perry affirms that she will be subject to and abide by the rules of this Court, and also recognizes the Court's jurisdiction over her on the matters of discipline. Plaintiffs have engaged the undersigned local counsel for this matter.

WHEREFORE, Danielle L. Perry requests the Court grant permission to appear *pro hac vice* in this action.

DATED: April 25, 2023                    Respectfully submitted,

                                         */s/Christopher D. Jennings*
                                         Christopher D. Jennings
                                         **JOHNSON FIRM**
                                         610 President Clinton Ave., Suite 300
                                         Little Rock, AR 72201
                                         T: (501) 372-1300
                                         chris@yourattorney.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2023, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/Christopher D. Jennings*
Christopher D. Jennings