AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, individually and on behalf of all others similarly situated ) <br> *Plaintiff* ) <br> v. ) <br> Mena Hospital Commission d/b/a Mena Regional Health System ) <br> *Defendant* ) | Case No.  2:23-cv-02002-PKH |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jessica Smedley                                                     .

Date:     04/25/2023

*Attorney's signature*

Thiago M. Coelho
pro hac vice per ECF No. 10
Case 2:23-cv-02021-PKH

*Printed name and bar number*

WILSHIRE LAW FIRM, PLC
3055 Wilshire Boulevard
Los Angeles, CA 90010

*Address*

thiago@wilshirelawfirm.com

*E-mail address*

(213) 381-9988

*Telephone number*

(213) 381-9989

*FAX number*