AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

**David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, individually and on behalf of all others similarly situated** )
*Plaintiff* )
v. ) Case No. 2-23-cv-02002-PKH
**Mena Hospital Commission d/b/a Mena Regional Health System** )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jessica Smedley .

Date: 04/26/2023

/s/ Breean Walas
*Attorney's signature*

Breean Walas (AR2006077)
*Printed name and bar number*

Walas Law Firm, PLLC
711 W. 3rd Street
Little Rock, AR 72201
*Address*

breean@walaslawfirm.com
*E-mail address*

(501) 246-1067
*Telephone number*

(501) 421-9693
*FAX number*