AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | | |
|---|---|---|
| David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, individually and on behalf of all others similarly situated </br> *Plaintiff* </br> v. </br> Mena Hospital Commission d/b/a Mena Regional Health System </br> *Defendant* | ) ) ) ) ) ) ) | Case No.   2:23-cv-02002-PKH |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Rodriguez, Jessica Smedley, TanadaSmith, Chris Cant, and Carl Schoolfield        .

Date:    04/26/2023

/s/ Danielle L. Perry
*Attorney's signature*

Danielle L. Perry; DC Bar No.1034960
*Printed name and bar number*
MASON LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015

*Address*

dperry@masonllp.com
*E-mail address*

(202) 429-2290
*Telephone number*

*FAX number*