AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| David Rodriguez, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-02002-PKH |
| Mena Hospital Commission ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff David Rodriguez                                                                                  .

Date:   04/26/2023                                             /s/ Phil Krzeski
                                                                         *Attorney's signature*

                                                                Philip J. Krzeski
                                                           *Printed name and bar number*

                                                           Chestnut Cambronne PA
                                                     100 Washington St., Ste. 1700
                                                       Minneapolis, MN 55401-2138

                                                                       *Address*

                                                     pkrzeski@chestnutcambronne.com
                                                                  *E-mail address*

                                                                  612-767-3613
                                                               *Telephone number*

                                                                  612-336-2940
                                                                   *FAX number*