UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RODRIGUEZ, individually and on
behalf of all others similarly situated,

                       PLAINTIFF,

v.            No. 2:23-cv-02002-PKH

MENA HOSPITAL COMMISSION d/b/a
MENA REGIONAL HEALTH SYSTEM,            DEFENDANT

This Document Relates to:
*Cant v. Mena Regional Health System*,
No. 2:23-cv-02027

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS A. COLELLA

Plaintiffs Chris Cant and Timothy Craig, by and through counsel and pursuant to Local Rule 83.5(d), hereby move the Court for an Order admitting Nicholas A. Colella *pro hac vice* as co-counsel for Plaintiffs. For cause, Plaintiffs state as follows:

1. Nicholas A. Colella is an attorney with the law firm, Lynch Carpenter, LLP located at 1133 Penn Avenue, 5th Floor, Pittsburgh, PA 15222. His contact information is: telephone: 412-322-9243; facsimile: 412-231-0246; and email: nickc@lcllp.com. Mr. Colella is familiar with the facts and circumstances in this case.

2. Mr. Colella is a licensed member, in good standing, of the following jurisdictions:

| Jurisdiction | Admission Date | Bar No. (if any) |
|---|---|---|
| Supreme Court of the State of Florida | 09/27/2017 | 1002941 |
| Fulton County Superior Court, Georgia | 11/06/2018 | 299972 |
| Supreme Court of Pennsylvania | 11/22/2022 | 332699 |
| U.S. District Court, Northern District of Florida | 8/5/2020 | |
| U.S. District Court, Southern District of Florida | 8/17/2020 | |

1

| Jurisdiction | Admission Date | Bar No. (if any) |
|---|---|---|
| U.S. District Court, Middle District of Georgia | 8/26/2020 | |
| U.S. District Court, District of Colorado | 1/14/2021 | |
| U.S. District Court, Western District of Pennsylvania | 2/17/2021 | |
| U.S. District Court, Northern District of Illinois | 5/27/2021 | |
| U.S. District Court, Northern District of Georgia | 8/25/2021 | |
| U.S. District Court, Central District of Illinois | 12/13/2021 | |
| U.S. District Court, Eastern District of Wisconsin | 8/17/2022 | |
| U.S. District Court, Middle District of Florida | 9/1/2022 | |
| U.S. District Court, Eastern District of Pennsylvania | 12/30/2022 | |
| U.S. District Court, Middle District of Pennsylvania | 1/6/2023 | |
| U.S. Court of Appeals, 3rd Circuit | 6/4/2021 | |
| U.S. Court of Appeals, 10th Circuit | 9/28/2022 | |

    3.    Mr. Colella is not now, nor has ever been, subject to a disciplinary action or an investigation of his conduct in these jurisdictions. He has never had his license to practice law suspended or revoked.

    4.    Mr. Colella will act as co-counsel with Randall K. Pulliam of Carney Bates & Pulliam, PLLC, 519 West 7th Street, Little Rock, AR 72201, who is a member of the bar of this Court and maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

    5.    Plaintiffs have specifically requested that Mr. Colella act as its counsel in this matter, as he is familiar with the facts and circumstances of this case.

6.      Mr. Colella certifies that he has obtained a copy of and is familiar with the Local Rules of this Court. Mr. Colella affirms he will be subject to, and abide by, the Local Rules of this Court and recognizes this Court's jurisdiction over him for matters of discipline.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion in full and issue an order admitting Nicholas A. Colella *pro hac vice* as counsel for Plaintiffs in this case.

Dated: April 27, 2023

Respectfully submitted,

*/s/ Randall K. Pulliam*
Randall K. Pulliam (ABN 98105)
Courtney E. Ross (ABN 2021156)
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
rpulliam@cbplaw.com
cross@cbplaw.com

Nicholas A. Colella (*pro hac vice* pending)
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
nickc@lcllp.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed the foregoing document using the electronic filing system, which will send notification of such filing to all attorneys of record.

/s/ Randall K. Pulliam
Randall K. Pulliam