AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

| David Rodriguez, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Mena Hospital Commission | ) |
| *Defendant* | ) |

Case No.   2:23-cv-02002-PKH

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Chris Cant and Timothy Craig                                                                              .

Date:      04/27/2023

/s/ Nicholas A. Colella
*Attorney's signature*

Nicholas A. Colella (FL 1002941/GA 299972/PA 332699)
*Printed name and bar number*

Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
*Address*

nickc@lcllp.com
*E-mail address*

(412) 322-9243
*Telephone number*

(412) 231-0246
*FAX number*