# EXHIBIT B



P.O Box 989728
West Sacramento, CA 95798-9728

To Enroll, Please Call:
1-833-896-5650
Or Visit:
https://app.idx.us/account-creation/protect
Enrollment Code: ▮

To the Parent or Guardian of:
K▮ S▮
▮
Cove, AR 71▮

November 22, 2022

**IMPORTANT INFORMATION PLEASE REVIEW CAREFULLY**

Dear Parent or Guardian of K▮

We are writing with important information regarding a recent security incident. The privacy and security of the personal information we maintain is of the utmost importance to Mena Regional Health System ("MRHS"). We wanted to provide you with information about the incident, explain the services we are making available to you, and let you know that we continue to take significant measures to protect your child's personal information.

**What Happened?**

An unauthorized party accessed and potentially removed a limited number of files from our system.

**What We Are Doing**

Upon detecting the incident, we commenced an immediate and thorough investigation and alerted law enforcement. As part of our investigation, we engaged leading cybersecurity experts to identify what personal information, if any, might have been present in the impacted files.

**What Information Was Involved**

After an extensive forensic investigation and manual document review, we discovered on November 8, 2022 that one or more of the files potentially removed by the unauthorized party on or about November 1, 2021 contained your child's full name, date of birth, Social Security number, medical record/patient account number(s), medical diagnosis/treatment and/or clinical information, medical provider name(s), lab results, perscription information, and health insurance information.

**What You Can Do**

We are unaware of any evidence that any personal information has been misused as a result of this incident. However, out of an abundance of caution and to protect you from potential misuse of your information, we are offering a complimentary one-year membership of identity theft protection services through IDX, a data breach and recovery services expert. IDX identity protection services include: 12 months of CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed id theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised. For more information on your complimentary one-year membership, please see the additional information provided in this letter.



**MENA REGIONAL HEALTH SYSTEM**
*Specializing in You!*

P.O Box 989728
West Sacramento, CA 95798-9728

To the Parent or Guardian of:
S A

Cove, AR 71

November 22, 2022

## IMPORTANT INFORMATION PLEASE REVIEW CAREFULLY

Dear Parent or Guardian of Smith:

We are writing with important information regarding a recent security incident. The privacy and security of the personal information we maintain is of the utmost importance to Mena Regional Health System ("MRHS"). We wanted to provide you with information about the incident and let you know that we continue to take significant measures to protect your child's personal information.

### What Happened?

An unauthorized party accessed and potentially removed a limited number of files from our system.

### What We Are Doing

Upon detecting the incident, we commenced an immediate and thorough investigation and alerted law enforcement. As part of our investigation, we engaged leading cybersecurity experts to identify what personal information, if any, might have been present in the impacted files.

### What Information Was Involved

After an extensive forensic investigation and manual document review, we discovered on November 8, 2022 that one or more of the files potentially removed by the unauthorized party on or about November 1, 2021 contained your child's full name, date of birth, medical diagnosis/treatment and/or clinical information, and health insurance information.

### What You Can Do

We are unaware of any evidence that any personal information has been misused as a result of this incident. This letter provides precautionary measures you can take to protect your child's personal information, including placing a Fraud Alert and Security Freeze on your minor's credit files, and obtaining a free credit report. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis. To the extent that it is helpful, we are also suggesting steps you can take to protect your child's medical information on the following pages.



MENA REGIONAL HEALTH SYSTEM
P.O Box 989728
West Sacramento, CA 95798-9728

To Enroll, Please Call
1-833-896-5650
Or Visit:
https://app.idx.us/account-creation/protect
Enrollment Code: TBGZ62AGCR



Schoolfield Dale
[redacted]

November 22, 2022

## IMPORTANT INFORMATION PLEASE REVIEW CAREFULLY

Dear Schoolfield:

We are writing with important information regarding a recent security incident. The privacy and security of the personal information we maintain is of the utmost importance to Mena Regional Health System ("MRHS"). We wanted to provide you with information about the incident, explain the services we are making available to you, and let you know that we continue to take significant measures to protect your personal information.

### What Happened?

An unauthorized party accessed and potentially removed a limited number of files from our system.

### What We Are Doing

Upon detecting the incident, we commenced an immediate and thorough investigation and alerted law enforcement. As part of our investigation, we engaged leading cybersecurity experts to identify what personal information, if any, might have been present in the impacted files.

### What Information Was Involved

After an extensive forensic investigation and manual document review, we discovered on November 8, 2022 that one or more of the files potentially removed by the unauthorized party on or about November 1, 2021 contained your full name, date of birth, Social Security number, financial account information, medical record/patient account number(s), lab results, medical diagnosis/treatment and/or clinical information, medical provider name(s), perscription information, and health insurance information.

### What You Can Do

We are unaware of any evidence that any personal information has been misused as a result of this incident. However, out of an abundance of caution and to protect you from potential misuse of your information, we are offering a complimentary one-year membership of identity theft protection services through IDX, a data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed id theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised. For more information on your complimentary one-year membership, please see the additional information provided in this letter.