UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, *et al.*, <br><br>              Plaintiffs, <br>   v. <br><br> MENA HOSPITAL COMMISSION d/b/a MENA REGIONAL HEALTH SYSTEM, <br><br>              Defendant. | Case No. 2:23-cv-2002 <br><br> Judge: Hon. P.K. Holmes, Jr. |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF OF 9 PAGES
IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.2 and this Court's Initial Scheduling Order (ECF #19), Defendant Mena Hospital Commission moves for leave to file a reply brief to address issues raised by Plaintiffs' Opposition to Defendant's Motion to Dismiss. Defendant also seeks leave to file a reply brief consisting of nine (9) pages, as opposed to the seven (7) page limitation set forth in the Initial Scheduling Order.

Defendant seeks leave to address new arguments raised by Plaintiffs and further respond to Plaintiffs' arguments in what is a rapidly changing area of law. By way of example, Defendant seeks to address how Plaintiffs have failed to understand and respond to Defendant's argument pertaining to the breach element of Plaintiff's negligence claim; how Plaintiffs mischaracterize the purported damages in question and how these damages fail to comply with Arkansas's negligence-damages standards; Plaintiffs' failure to address the mutual assent component to their claim for breach of implied contract; and to provide additional insight on what is required to plead a violation of the SCA and why Plaintiffs' Opposition fails to defend this claim. In addition, Defendant contends that it should be permitted leave to file a reply brief that exceeds this Court's page

32234768.1

limitation due to the fact that the multiple Plaintiffs have asserted seven causes of action against Defendant, and as such, additional pages are necessary in order to adequately respond to the abundance of claims.

WHEREFORE, Defendant requests leave to file a reply brief of nine (9) pages to address the points of contention raised herein. A copy of the proposed reply brief is attached hereto as **Exhibit A**.

Dated: July 13, 2023                    Respectfully submitted,

**McDonald Hopkins PLC**

By:    */s/ Timothy J. Lowe*
       Timothy J. Lowe (P68669)
       39533 Woodward Avenue, Suite 318
       Bloomfield Hills, MI 48304
       (248) 220-1352
       tlowe@mcdonaldhopkins.com

       Patrick McDaniel Ark. Bar No. 97133
       ATTORNEY AT LAW, P.A.
       311 DeQueen St.
       Mena, AK 71953
       t: 479.394.3091 | f 479.394.3092
       patrick@arklawyer.com

       *Attorneys for Defendant Mena Regional Health System*

32234768.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023 I electronically filed the foregoing document using the electronic filing system, which will send notification of such filing to all attorneys of record.

Dated: July 13, 2023          Respectfully submitted,

**McDonald Hopkins PLC**

By:    */s/ Timothy J. Lowe*
Timothy J. Lowe (P68669)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 220-1352
tlowe@mcdonaldhopkins.com

Patrick McDaniel Ark. Bar No. 97133
ATTORNEY AT LAW, P.A.
311 DeQueen St.
Mena, AK 71953
t: 479.394.3091 | f 479.394.3092
patrick@arklawyer.com

*Attorneys for Defendant Mena Regional Health System*

32234768.1