# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

DAVID RODRIGUEZ, *et al.*,       |      Case No. 2:23-cv-2002

         Plaintiffs,

    v.

     Judge: Hon. P.K. Holmes, Jr.

MENA HOSPITAL COMMISSION d/b/a
MENA REGIONAL HEALTH SYSTEM,

       Defendant.

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Mena Hospital Commission d/b/a Mena Regional Health System ("Mena"), by counsel, responds to Plaintiffs' Complaint[1] (the "Complaint") as follows:

## I.      Introduction

1.      Mena admits that it provides medical services in Polk County, Western Arkansas, and Eastern Oklahoma.  Mena admits that on or around October 30, 2021 it was the target of cyber incident (the "Incident") perpetrated by criminal actors.   Mena admits that approximately 84,814 individuals may have had information impacted by the Incident.   Mena denies the remaining allegations of this paragraph.[2]

2.      Mena admits only that on or around November 8, 2022 it determined that it was the target of the Incident perpetrated by criminal actors.  Mena denies the remaining allegations of this paragraph.

---

[1] On November 1, 2023, the Court granted in part and denied in part Mena's Motion to Dismiss [Doc. 47]. [Doc. 53.]

[2] The Complaint contains numerous footnotes.  Mena's response to each paragraph is inclusive of the corresponding footnotes.

32863815.1

3.       Mena admits only that it was the target of the Incident perpetrated by criminal actors and that the Incident may have impacted various types of patient data. Mena denies the remaining allegations of this paragraph.

4.       Mena admits only that on or around November 22, 2022 it provided notice of the Incident.  Notice was provided in writing and the written notice speaks for itself.  Mena denies any allegations in this paragraph that are inconsistent with the written notice.

5.       Mena admits only that the notice was provided in writing and the written notice speaks for itself.  Mena denies any allegations in this paragraph that are inconsistent with the written notice.  Mena denies that the notice was improper or deficient in any way. Mena denies the remaining allegations of this paragraph.

6.       Mena lacks knowledge or information sufficient to form a belief as to the motivation of the criminal actors that perpetrated the Incident.  Mena denies the remaining allegations of this paragraph.

7.       Denied.

8.       Mena denies that it failed to provide "prompt and efficient" notice of the Incident. Mena denies the remaining allegations of this paragraph.

9.       Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9.

10.      Mena denies its response to the Incident was delayed.  Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 10.

11.      Mena denies it was negligent or violated and laws.  Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 11.

32863815.1

12.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12.

13.     Denied.

## II.     Parties

14.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14.

15.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15.

16.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16.

17.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17.

18.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18.

19.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19.

20.     Mena admits only that it is organized under the laws of Arkansas.  Mena denies the remaining allegations of this paragraph.

21.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21.

22.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22.

## III.     Jurisdiction and Venue.

23.     Mena does not contest the jurisdiction of this Court.

24.     Mena does not contest the jurisdiction of this Court.

25.     Mena does not contest venue in this Court.

## IV.     Factual Allegations

26.     Admitted.

27.     Mena states that its vision statement is stated on the cited, written, webpage.  Mena denies any allegations that are inconsistent with the written webpage.

28.     Mena states that its Privacy Notice for Health Information Practices is a written document that speaks for itself.  Mena denies any allegations that are inconsistent with that written document.

29.     Mena states that Notice of Data Security Incident is a written document that speaks for itself.  Mena denies any allegations that are inconsistent with that written document.

30.     Mena admits only that it handles sensitive and personal information and does so as require under law.  Mena denies the remaining allegations of this paragraph.

31.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31.

32.     Denied.

33.     Mena admits only that its patients provide a variety of information to Mena during the provisions of medical services by Mena. Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 33.

34.     Denied.

35.     Mena admits that as part of its function as a hospital system it stores medical records created by providers.

36.     Mena admits only that its patients provide a variety of information to Mena during the provision of medical services by Mena.  Mena denies that it failed to maintain the information collected inconsistent with its policies or the law.

37.     Mena admits only that on or around October 30, 2021 it was the target of the Incident perpetrated by criminal actors and that the Incident may have impacted various types of patient data.  Mena states that the notice of the Incident is a written document that speaks for itself.  Mena denies any allegations that are inconsistent with the written notice.

38.     Mena admits only that it was the target of the Incident perpetrated by criminal actors.  Mena denies the remaining allegations of this paragraph.

39.     Mena states that Notice of Data Security Incident is a written document that speaks for itself.  Mena denies any allegations that are inconsistent with that written document.

40.     Mena states that Notice of Data Security Incident is a written document that speaks for itself.  Mena denies any allegations that are inconsistent with that written document.

41.     Mena denies that the Incident is evidence of a lack of Mena's adherence to unidentified industry standards.

42.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42.

43.     Denied, including all subparts.

44.     Denied.

45.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45.

46.     Mena states that Notice of Data Security Incident is a written document that speaks for itself.  Mena denies any allegations that are inconsistent with that written document.

47.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47.

48.     Denied.

49.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49.

50.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50.

51.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51.

52.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52.

53.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53.

54.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54.

55.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55.

56.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56.

57.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57.

58.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58.

59.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59.

60.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60.

61.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61.

62.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62.

63.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63.

64.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64.

65.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65.

66.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66.

67.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67.

68.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68.

32863815.1

69.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69.

70.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70.

71.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71.

72.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72.

73.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73.

74.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74.

75.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75.

76.     Mena denies that it violated any law.  Mena states that the FTCA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

77.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77.

78.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78.

79.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79.

80.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80.

81.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81.

82.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82.

83.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83.

84.     Mena denies that it violated any law.  Mena states that the referenced Arkansas statute speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

85.     Mena denies that it violated any law.  Mena states that HIPAA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

86.     Mena denies that it violated any law.  Mena states that HIPAA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

87.     Mena denies that it violated any law.  Mena states that HIPAA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

88.     Denied.

89.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89.

90.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90.

91.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91.

92.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92.

93.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93.

94.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94.

95.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 95.

96.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 96.

97.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 97.

98.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98.

99.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99.

100.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100.

101.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101.

102.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102.

103.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103.

104.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104.

105.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105.

106.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106.

107.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107.

108.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 108.

109.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109.

110.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110.

111.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111.

112.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112.

113.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113.

114.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114.

115.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115.

116.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116.

117.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117.

118.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118.

119.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 119.

120.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 120.

121.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 121.

122.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 122.

123.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 123.

124.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 124.

125.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125.

126.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126.

127.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127.

128.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128.

129.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129.

130.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 130.

131.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131.

132.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 132.

133.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 133.

134.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 134.

135.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 135.

136.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 136.

137.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137.

138.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138.

139.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 139.

140.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140.

141.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 141.

142.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 142.

143.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143.

144.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 144.

145.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 145.

146.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 146.

147.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147.

148.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148.

149.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149.

150.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150.

151.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151.

152.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152.

153.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153.

154.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154.

155.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 155.

156.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 156.

157.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 157.

158.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158.

159.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159.

160.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160.

161.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161.

162.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162.

163.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163.

164.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164.

165.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165.

166.     Mena admits only that Plaintiffs' have brought the lawsuit as a class action.  Mena further answers that the cited Rules of Civil Procedure speak for themselves.  Mena denies the remaining allegations of this paragraph.

32863815.1

167.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

168.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

169.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

170.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

171.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

172.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

173.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

32863815.1

174.    Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

175.    Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

176.    Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

177.    Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

178.    Mena denies that this matter may be properly maintained as a class action under Rule 23.  Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

179.    Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

180.    Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

181.     Mena denies that this matter may be properly maintained as a class action under Rule 23. Mena states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

## VI.     Causes of Action

## Count I

182.     Mena repeats and re-alleges its preceding responses.

183.     Mena admits that Plaintiffs provided it with information as part of Mena providing medical services to Plaintiffs.

184.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184.

185.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185.

186.     Denied.

187.     Mena denies that it did not provide adequate security for the information collected by it.

188.     Mena denies that it failed to use adequate security measures/

189.     Mena denies that it violated any law.  Mena states that HIPAA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

190.     Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190.

191.     Mena denies that it failed to use appropriate procedures.

192.     Denied.

19

193.    Denied.

194.    Denied.

195.    Denied.

196.    Denied.

197.    Denied.

198.    Mena answers that it did provide notice of the Incident.  Mena denies as untrue the remaining allegations of this paragraph.

199.    Mena denies that it did not employ proper procedures.

200.    Denied.

201.    Denied.

202.    Denied.

203.    Denied.

204.    Denied.

205.    Denied.

206.    Denied.

207.    Denied.

208.    Denied.

209.    Mena denies that it violated any law.  Mena states that the FTCA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

210.    Denied.

211.    Mena denies that it violated any law.  Mena states that the FTCA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

212.    Mena denies that it violated any law.  Mena states that the FTCA speaks for itself. To the extent Plaintiffs misquote or mischaracterize the requirements set forth in the statute, Mena denies the allegations as stated.

213.    Denied.

214.    Denied.

215.    Denied.

216.    Denied.

217.    Denied.

218.    Denied.

## Count II

219.    Mena repeats and re-alleges its preceding responses.

220.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 220.

221.    Mena states that its Privacy Policy is a written document that speaks for itself. Mena denies any allegations inconsistent with the Privacy Policy.

222.    Mena lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 222.

223.    Denied

224.    Denied.

225.    Denied.

**Count III**

226.    Mena repeats and re-alleges its preceding responses.

227.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

228.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

229.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

230.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

231.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

232.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

233.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

234.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

**Count IV**

235.    Mena repeats and re-alleges its preceding responses.

236.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

237.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

238.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

239.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

240.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

241.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

242.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

243.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

244.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

245.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

246.     This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

**Count V**

247.     Mena repeats and re-alleges its preceding responses.

248.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

249.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

250.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

251.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

252.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

253.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

254.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

255.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

256.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

257.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

258.   This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

32863815.1

## Count VI

259.    Mena repeats and re-alleges its preceding responses.

260.    Mena states that the allegations of this paragraph are legal conclusions. To the extent further response is required, Mena denies the allegations of this paragraph.

261.    Mena states that the allegations of this paragraph are legal conclusions. To the extent further response is required, Mena denies the allegations of this paragraph.

262.    Denied.

263.    Denied.

264.    Denied.

265.    Denied.

266.    Denied.

## Count VII

267.    Mena repeats and re-alleges its preceding responses.

268.    This paragraph relates to claims that have been dismissed by the Court.  If a response is required, Mena denies the allegations.

269.    This paragraph relates to claims that have been dismissed by the Court.  If a response is required, Mena denies the allegations.

270.    This paragraph relates to claims that have been dismissed by the Court.  If a response is required, Mena denies the allegations.

271.    This paragraph relates to claims that have been dismissed by the Court.  If a response is required, Mena denies the allegations.

272.    This paragraph relates to claims that have been dismissed by the Court.  If a response is required, Mena denies the allegations.

25

273.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

274.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

275.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

276.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

277.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

278.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

279.    This paragraph relates to claims that have been dismissed by the Court.   If a response is required, Mena denies the allegations.

280.    Mena denies all other allegations not specifically admitted or otherwise responded to herein.

## VII.  Prayer for Relief

**WHEREFORE,** Defendant Mena Hospital Commission d/b/a Mena Regional Health System denies that Plaintiffs are entitled to judgment or to any of the relief sought, and respectfully request that judgment be entered in its favor and against Plaintiffs on all remaining counts set forth in the Complaint and that Mena be awarded its costs incurred in defending this action, along with such other relief as this Court deems equitable and just.

32863815.1

## Jury Demand

Mena relies on Plaintiff's jury demand as to all claim so triable.

## Affirmative Defenses

Mena asserts the following affirmative and other defenses to Plaintiff's Complaint.  By identifying the defenses set forth below, Mena does not concede that it bears the burden of proving each defense.  Mena's burdens will be determined as a matter of law. Mena states that until it avails itself of appropriate discovery, it cannot determine whether any or all of the Affirmative and/or Special Defenses will be asserted before or at trial.  In order to preserve Mena's rights to assert the affirmatives defenses, and to avoid any waiver, they are set forth herein.  Mena reserves the right to assert Affirmative and/or Special Defenses that may become apparent during the course of discovery. Mena reserves the right to modify its affirmative and other defenses and/or add such other defenses that may become known through the course of its investigation and discovery in this civil action.

1.      Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the doctrine of tort immunity, codified as Arkansas Code § 21-9-301.

2.      Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the doctrine of charitable immunity.

3.      Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the applicable statute of limitations.

4.      Plaintiff's and the putative classes' claims are barred in whole or in party, by the Health Insurance Portability Act, 45 C.F.R. § 160, *et seq*., which does not provide a private cause of action.

5.      Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the

equitable theories of estoppel, waiver, consent, release and laches.

6.      Plaintiffs and the putative classes have failed to take reasonable steps to mitigate their damages, if any.

7.      Plaintiffs' and the putative classes' damages are the result of acts or omissions committed by Plaintiff and the putative classes.

8.      Plaintiffs' claims are or may be barred and fail, in whole or in part, through the actions or inactions of third parties.

9.      Plaintiffs' and the putative classes' damages are the result of acts or omissions committed by non-parties to this action over whom Defendant has no responsibility or control.

10.     Any claim for exemplary or punitive damages asserted by Plaintiffs violates Mena's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the analogous provisions of applicable State Constitutions.

11.     Mena reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

Dated: November 15, 2023                          Respectfully submitted,

                                                  **McDonald Hopkins PLC**

                                        By:        _/s/ Timothy J. Lowe_
                                                   Timothy J. Lowe (P68669)
                                                   39533 Woodward Avenue, Suite 318
                                                   Bloomfield Hills, MI 48304
                                                   (248) 220-1359
                                                   tlowe@mcdonaldhopkins.com

                                                   Patrick McDaniel Ark. Bar No. 97133
                                                   ATTORNEY AT LAW, P.A.
                                                   311 DeQueen St.
                                                   Mena, AR 71953
                                                   t: 479.394.3091 | f 479.394.3092

patrick@arklawyer.com

*Attorneys for Defendant Mena Regional Health System*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2023 I electronically filed the foregoing document using the electronic filing system, which will send notification of such filing to all attorneys of record.

Dated: November 15, 2023                     Respectfully submitted,

**McDonald Hopkins PLC**

By:      _/s/ Timothy J. Lowe_
Timothy J. Lowe (P68669)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 220-1359
tlowe@mcdonaldhopkins.com

Patrick McDaniel Ark. Bar No. 97133
ATTORNEY AT LAW, P.A.
311 DeQueen St.
Mena, AR 71953
t: 479.394.3091 | f 479.394.3092
patrick@arklawyer.com

*Attorneys for Defendant Mena Regional Health System*

32863815.1