UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MENA HOSPITAL COMMISSION d/b/a MENA REGIONAL HEALTH SYSTEM, <br><br> Defendant. | Case No. 2:23-cv-2002 <br><br> Judge: Hon. P. K. Holmes, Jr. |

## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Plaintiffs David Rodriguez, Carl Schoolfield, Tanada Smith, individually and on behalf of her minor children A.S. and K.S., Jesssica Smedley, individually and on behalf of her minor children C.S. and A. S., Daniel Smedley, and Chris Cant (collectively "Plaintiffs") and Defendant Mena Hospital Commission d/b/a Mena Regional Health System ("Defendant") together move for a stay of all proceedings pending a mediation scheduled for April 25, 2024.

WHEREAS, on November 1, 2023 this Court issued its opinion and order granting in part and denying in part Defendant's Motion to Dismiss Plaintiffs' Consolidated Complaint.

WHEREAS, on November 2, 2023, the Court issues a Final Scheduling Order, setting a trial date for the week of October 29, 2024, and various associated deadlines pertaining to discovery, expert disclosures and motions.

WHEREAS shortly thereafter, the Parties began discussing the potential for early resolution, and agreed to attend mediation to explore the viability of settlement;

WHEREAS the Parties have scheduled a mediation on April 25, 2024 with Bennett G. Picker of Stradley Ronon Stevens & Young, LLP, who has extensive experience in data breach resolution;

WHEREAS, the Parties jointly agree that a stay of proceedings is prudent to facilitate meaningful settlement negotiations;

WHEREAS, a stay is also appropriate because this case is a complex class action and the stay would preserve and protect the Court's judicial resources;

WHEREAS, the Parties propose reporting the status of their negotiations to the Court by May 1, 2024, following mediation;

WHEREFORE, the Parties respectfully request that the Court stay all proceedings in this action.

Date: February 1, 2024

Respectfully Submitted,

*/s/ Randall K. Pulliam*
Randall K. Pulliam (AR Bar No. 981105)
Courtney E. Ross (AR Bar No. 2021156)
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
rpulliam@cbplaw.com
cross@cbplaw.com

*Interim Liaison Counsel*

Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Danielle L. Perry (admitted *pro hac vice*)
Gary E. Mason (admitted *pro hac vice*)
Lisa A. White (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290

dperry@masonllp.com
gmason@masonllp.com
lwhite@masonllp.com

*Interim Co-Lead Class Counsel*


*/s/ Timothy J. Lowe*
Timothy J. Lowe (P68669)
**MCDONALD HOPKINS PLC**
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1352
tlowe@mcdonaldhopkins.com

Patrick McDaniel (AR Bar No. 97133)
**ATTORNEY AT LAW, P.A**.
311 DeQueen St.
Mena, AR 71953
Telephone: (479) 394-309
patrick@arklawyer.com

*Attorneys for Defendant Mena Regional Health System*