UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MENA HOSPITAL COMMISSION d/b/a MENA REGIONAL HEALTH SYSTEM, <br><br> Defendant. | Case No. 2:23-cv-2002 <br><br> Judge: Hon. P. K. Holmes, Jr. |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

Having considered the Parties' joint motion to stay proceedings pending mediation, and finding good cause exists,

IT IS ORDERED

1. This case is stayed, and all current deadlines vacated, pending the Parties' mediation.

2. The Parties shall file a joint statement with the court on or before May 1, 2024, reporting the status of their negotiations and proposing next steps for the litigation.

Dated: _____       _____
                                    Hon. P. K. Holmes, Jr.
                                    UNITED STATES DISTRICT JUDGE