UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RODRIGUEZ, individually
and on behalf of all others similarly situated                                    PLAINTIFFS

v.                                    No. 2:23-cv-2002[1]

MENA HOSPITAL COMMISSION d/b/a
MENA REGIONAL HEALTH SYSTEM                                                       DEFENDANT

## ORDER

Before the Court is the parties' joint motion (Doc. 56) to stay proceedings pending private mediation. The motion represents that the parties have scheduled a private mediation for April 25, 2024. The parties seek a stay of all proceedings to facilitate settlement negotiations. The Court agrees that a stay is appropriate and directs the parties to file a status report after the mediation. Because the parties waited to seek a stay until the day before the deadline to file class certification motions, a stay will also require the Court to enter a new scheduling order. The Court will enter an amended scheduling order after the parties submit their status report.

IT IS THEREFORE ORDERED that the joint motion (Doc. 56) to stay proceedings is GRANTED. The parties are directed to file a status report regarding the mediation on or before May 1, 2024.

IT IS SO ORDERED this 2nd day of February, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] Consolidated with Nos. 2:23-cv-2021, 2:23-cv-2023, 2:23-cv-2027, and 2:23-cv-2031.

1