IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RODRIGUEZ, *et al.*,                                                              PLAINTIFFS

v.                                    **Case No. 2:23-cv-2002**

MENA HOSPITAL COMMISSION D/B/A
MENA REGIONAL HEALTH SYSTEM                                                    DEFENDANT

---

**NOTICE OF CHANGE OF FIRM AFFILIATION,
ADDRESS, AND CONTACT INFORMATION**

---

The undersigned counsel for Tananda Smith, individually and on behalf of A.S. and K.S., ("Plaintiff") hereby gives notice to the Court and requests that all pleadings, orders, correspondence, and all other papers involving this matter be directed to:

Christopher D. Jennings
JENNINGS, PLLC
P.O. Box 25972
Little Rock, Arkansas 72221
T: (501) 247-6267
E: chris@jenningspllc.com

Undersigned counsel will continue to represent Plaintiff in this matter.

Dated: February 12, 2024                              Respectfully submitted,

   /s/ *Christopher D. Jennings*
Christopher D. Jennings (AR Bar No. 2006306)
**JENNINGS, PLLC**
P.O. Box 25972
Little Rock, Arkansas 72221
Telephone: (501) 247-6267
chris@jenningspllc.com

        Gary E. Mason
        Danielle Perry
        Lisa A. White
        **MASON LLP**
        5101 Wisconsin Avenue, NW Suite 305
        Washington, DC 20016
        Telephone: (202) 429-2290
        gmason@masonllp.com
        dperry@masonllp.com
        lwhite@masonllp.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of February 2024, a copy of the foregoing was filed via this Court's CM/ECF system which will be provide notice to all counsel of record.

                        */s/ Christopher D. Jennings*
                        Christopher D. Jennings