UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>    Defendant. | Case No. 2:23-cv-02002-PKH<br><br>Hon. P.K. Holmes, Jr. |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GARY E. MASON**

Pursuant to Local Rule 83.5(d), Gary E. Mason of Mason LLP, moves for the admission, *pro hac vice*, to represent Plaintiff Tanada Smith, and appear and participate on her behalf in this above-captioned matter. Mr. Mason's contact information is as follows:

Gary E. Mason
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
T: (202) 429-2290
gmason@masonllp.com

Mr. Mason is a member in good standing of the following courts:

| GARY E. MASON | | |
|---|---|---|
| **Court:** | **Date of Admission:** | **Bar No.** |
| Bar of the District of Columbia | 4/14/1989 | 418073 |
| State Bar of New York | 9/28/1988 | 2163467 |
| State Bar of Maryland | 6/8/2001 | 15033 |
| U.S. District Court for the District of Columbia | 8/7/1989 | 418073 |
| U.S. District Court for the District of Colorado | 3/23/2009 | |
| U.S. District Court for the Northern District of Illinois | 12/12/2019 | 418073 |
| U.S. District Court for the District of Maryland | 6/4/2001 | |

| | | |
|---|---|---|
| U.S. District Court for the Eastern District of Michigan | 4/23/2021 | |
| U.S. District Court for the District of Nebraska | 1/4/2023 | |
| U.S. District Court for the Eastern District of New York | 2/4/2021 | |
| U.S. District Court for the Northern District of New York | 11/16/2006 | 105875 |
| U.S. District Court for the Southern District of New York | 1/26/2021 | 2163467 |
| U.S. District Court for the Western District of New York | 10/30/2013 | |
| U.S. District Court for the Northern District of Ohio | 11/5/2004 | DC418073 |
| U.S. District Court for the Western District of Pennsylvania | 9/8/2016 | |
| U.S. District Court for the Eastern District of Wisconsin | 8/30/2022 | 418073 |
| U.S. Court of Appeals for the D.C. Circuit | 6/1/1989 | |
| U.S. Court of Appeals for the 2nd Circuit | 12/8/2023 | DC 418073 |
| U.S. Court of Appeals for the 4th Circuit | 7/27/1993 | |
| U.S. Court of Appeals for the 5th Circuit | 12/9/2019 | 000005578 |
| U.S. Court of Appeals for the 6th Circuit | 10/30/2006 | |
| U.S. Court of Appeals for the 7th Circuit | 5/20/2022 | |
| U.S. Court of Appeals for the 9th Circuit | 7/5/2011 | |
| U.S. Court of Appeals for the Federal Circuit | 5/27/2021 | |
| U.S. Court of Federal Claims | 2/9/2017 | 418073 |
| Supreme Court of the United States | 5/14/2001 | |

Mr. Mason affirms that he will be subject to and abide by the rules of this Court, and also recognizes the Court's jurisdiction over him on the matters of discipline. Plaintiff has engaged the undersigned local counsel for this matter.

WHEREFORE, Gary E. Mason requests the Court grant permission to appear *pro hac vice* in this action.

DATED: February 14, 2024                   Respectfully submitted,

*/s/Christopher D. Jennings*
Christopher D. Jennings
(AR Bar No. 2006306)
**JENNINGS, PLLC**
P.O. Box 25972
Little Rock, AR 72221
T: (501) 247-6267
chris@jenningspllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/*Christopher D. Jennings*
Christopher D. Jennings