UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>    Defendant. | Case No. 2:23-cv-02002-PKH<br><br>Hon. P.K. Holmes, Jr. |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RA O. AMEN

Pursuant to Local Rule 83.5(d), Ra O. Amen of Mason LLP, moves for the admission, *pro hac vice*, to represent Plaintiff Tanada Smith, and appear and participate on her behalf in this above-captioned matter. Mr. Amen's contact information is as follows:

Ra O. Amen
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
T: (202) 429-2290
ramen@masonllp.com

Mr. Amen is a member in good standing of the following courts:

| RA O. AMEN | | |
|---|---|---|
| **Court:** | **Date of Admission:** | **Bar No.** |
| State Bar of Georgia | 11/16/2017 | 368227 |
| USDC for the Northern District of Georgia | 2/1/2023 | - |

Mr. Amen affirms that he will be subject to and abide by the rules of this Court, and also recognizes the Court's jurisdiction over him on the matters of discipline. Plaintiff has engaged the undersigned local counsel for this matter.

WHEREFORE, Ra O. Amen requests the Court grant permission to appear *pro hac vice* in this action.

DATED: February 14, 2024                                Respectfully submitted,

                                                        */s/Christopher D. Jennings*
                                                        Christopher D. Jennings
                                                        (AR Bar No. 2006306)
                                                        **JENNINGS, PLLC**
                                                        P.O. Box 25972
                                                        Little Rock, AR 72221
                                                        T: (501) 247-6267
                                                        chris@jenningspllc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                         */s/Christopher D. Jennings*
                                         Christopher D. Jennings