AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| DAVID RODRIGUEZ, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    2:23-cv-02002-PKH |
| MENA HOSPITAL COMMISSION d/b/a MENA REGIONAL HEALTH SYSTEM, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tanada Smith                                                                                     .

Date:      02/15/2024

/s/ Gary E. Mason
*Attorney's signature*

Gary E. Mason; DC Bar No. 418073
*Printed name and bar number*

MASON LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, D.C. 20015

*Address*

gmason@masonllp.com
*E-mail address*

(202) 429-2290
*Telephone number*

*FAX number*