AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| DAVID RODRIGUEZ, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-02002-PKH |
| MENA HOSPITAL COMMISSION d/b/a MENA REGIONAL HEALTH SYSTEM, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tanada Smith.

Date: 02/15/2024

/s/ Ra O. Amen
*Attorney's signature*

Ra O. Amen; GA Bar No. 368227
*Printed name and bar number*

MASON LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, D.C. 20015

*Address*

ramen@masonllp.com
*E-mail address*

(202) 429-2290
*Telephone number*

*FAX number*