UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>MENA HOSPITAL COMMISSION d/b/a<br>MENA REGIONAL HEALTH SYSTEM,<br><br>             Defendant. | Case No. 2:23-cv-2002<br><br><br><br>Judge: Hon. P.K. Holmes, Jr. |

## JOINT STATUS REPORT

Plaintiffs and Defendant Mena Hospital Commission d/b/a Mena Regional Health System ("Defendant" or "Mena") (collectively, the "Parties") file this Joint Status Report in accordance with the Court's Order dated February 2, 2024.

On April 25, 2024, the Parties participated in a mediation session where the Parties agreed upon principle terms for a class-wide settlement. Given the status of the settlement documentation and counsel's other professional obligations, the Parties anticipate moving for preliminary approval in the next 30 days.

Respectfully submitted,

| | |
|---|---|
| */s/ Gary E. Mason* (w/consent) | */s/ Timothy J. Lowe* |
| Randall K. Pulliam (AR Bar 981105) | Timothy J. Lowe (P68669) |
| Courtney E. Ross (AR Bar 2021156) | MCDONALD HOPKINS |
| CARNEY BATES & PULLIAM, PLLC | 39533 Woodward Avenue, Suite 318 |
| 519 West 7th Street | Bloomfield Hills, MI 48304 |
| Little Rock, AR 72201 | (248) 220-1359 |
| 501.312.8500 | tlowe@mcdonaldhopkins.com |
| rpulliam@cbplaw.com | |
| cross@cbplaw.com | Patrick McDaniel Ark. Bar No. 97133 |
| | ATTORNEY AT LAW, P.A. |
| *Plaintiffs' Interim Liaison Counsel* | 311 DeQueen St. |
| | Mena, AR 71953 |
| Bryan L. Bleichner (*admitted pro hac vice*) | t: 479.394.3091 |

1

33524250.1

Philip J. Krzeski (*admitted pro hac vice*)
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Ste 1700
Minneapolis, MN  55401
612.339.7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Danielle L. Perry (*admitted pro hac vice*)
Gary E. Mason (*admitted pro hac vice*)
Lisa A. White (*admitted pro hac vice*)
MASON LLP
5335 Wisconsin Avenue, NW, Ste 640
Washington, DC 20015
202.429.2290
dperry@masonllp.com
gmason@masonllp.com
lwhite@masonllp.com

*Plaintiffs' Interim Co-Lead Class Counsel*

Josh Sanford (AR Bar No. 2001037)
SANFORD LAW FIRM, PLLC
10800 Financial Centre
Little Rock, AR  72211
501.787.2040
josh@sanfordlaw.com

Gary M. Klinger (*admitted pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Ste 2100
Chicago, IL 60606
866.252.0878
gklinger@milberg.com

Breean Walas (AR Bar No. 2006077)
WALAS LAW FIRM
711 West 3rd Street
Little Rock, AR  72201
501.246.1067
Breean@walaslawfirm.com

Thiago Coelho (*admitted pro hac vice*)
WILSHIRE LAW FIRM
3055  Wilshire Boulevard, 12th Floor

patrick@arklawyer.com

*Attorneys for Defendant Mena Regional Health System*

2

33524250.1

Los Angeles, CA 90010
213.381.9988
thiago@wilshirelawfirm.com

Christopher D. Jennings
JOHNSON FIRM
610 President Clinton Avenue, Ste 300
Little Rock, AR  72201
501.372.1300
chris@yourattorney.com

Gary F. Lynch (*admitted pro hac vice*)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
412.322.9243
glyncg@lcllp.com

Joseph Gates (AR Bar No. 2010239)
GATES LAW FIRM
2725 Cantrell Road, Ste 105
Little Rock, AR  72202
501.779.8091
gates@gateslawpllc.com

Raina Borrelli (*admitted pro hac vice*)
TURKE & STRAUS LLP
613 Williamson Street, Ste 201
Madison, Wi 53703
608.237.1775
rborrelli@turkestrauss.com

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 30, 2024 I electronically filed the foregoing document using

the electronic filing system, which will send notification of such filing to all attorneys of record.

By:     /s/ Timothy J. Lowe
Timothy J. Lowe (P68669)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 220-1359
tlowe@mcdonaldhopkins.com

Patrick McDaniel Ark. Bar No. 97133
ATTORNEY AT LAW, P.A.
311 DeQueen St.
Mena, AR 71953
t: 479.394.3091 | f 479.394.3092
patrick@arklawyer.com

*Attorneys for Defendant Mena Regional Health System*

4

33524250.1