UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>MENA HOSPITAL COMMISSION d/b/a MENA REGIONAL HEALTH SYSTEM,<br><br>      Defendant. | Case No. 2:23-cv-2002<br><br><br>Judge: Hon. P.K. Holmes, Jr. |

## JOINT STATUS REPORT

Plaintiffs and Defendant Mena Hospital Commission d/b/a Mena Regional Health System ("Defendant" or "Mena") (collectively, the "Parties") file this Joint Status Report.

On April 25, 2024, the Parties participated in a mediation session where the Parties agreed upon principle terms for a class-wide settlement. The parties have exchanged drafts of the Settlement Agreement and are in the process of finalizing the agreement. The parties request an additional two weeks to prepare and move for preliminary approval on or before June 15, 2024.

Dated: May 29, 2024

Respectfully submitted,

**CARNEY BATES & PULLIAM, PLLC**

 /s/ Randall K. Pulliam
Randall K. Pulliam (AR Bar 981105)
Courtney Ross Brown (AR Bar 2021156)
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
rpulliam@cbplaw.com
cbrown@cbplaw.com

***Plaintiffs' Interim Liaison Counsel***

**MCDONALD HOPKINS**

 /s/ Timothy J. Lowe
Timothy J. Lowe (P68669)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
*tlowe@mcdonaldhopkins.com*

Patrick McDaniel Ark. Bar No. 97133
ATTORNEY AT LAW, P.A.
311 DeQueen St.
Mena, AR 71953

1

33518680.2

Bryan L. Bleichner (*admitted pro hac vice*)
Philip J. Krzeski (*admitted pro hac vice*)
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Ste 1700
Minneapolis, MN  55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Danielle L. Perry (*admitted pro hac vice*)
Gary E. Mason (*admitted pro hac vice*)
Lisa A. White (*admitted pro hac vice*)
MASON LLP
5335 Wisconsin Avenue, NW, Ste 640
Washington, DC 20015
Telephone: (202) 429-2290
*dperry@masonllp.com*
*gmason@masonllp.com*
*lwhite@masonllp.com*

***Plaintiffs' Interim Co-Lead Class Counsel***

Josh Sanford (AR Bar No. 2001037)
SANFORD LAW FIRM, PLLC
10800 Financial Centre
Little Rock, AR  72211
Telephone: (501) 787-2040
*josh@sanfordlaw.com*

Gary M. Klinger (*admitted pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Ste 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Breean Walas (AR Bar No. 2006077)
WALAS LAW FIRM
711 West 3rd Street
Little Rock, AR  72201
Telephone: (501) 246-1067
*breean@walaslawfirm.com*

Thiago Coelho (*admitted pro hac vice*)

Telephone: 479.394.3091
*patrick@arklawyer.com*

***Attorneys for Defendant Mena Regional Health System***

33518680.2

WILSHIRE LAW FIRM
3055 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90010
Telephone: (213) 381-9988
*thiago@wilshirelawfirm.com*

Christopher D. Jennings
JOHNSON FIRM
610 President Clinton Avenue, Ste 300
Little Rock, AR 72201
Telephone: (501) 372-1300
*chris@yourattorney.com*

Gary F. Lynch (*admitted pro hac vice*)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
*glyncg@lcllp.com*

Joseph Gates (AR Bar No. 2010239)
GATES LAW FIRM
2725 Cantrell Road, Ste 105
Little Rock, AR 72202
Telephone: (501) 779-8091
*gates@gateslawpllc.com*

Raina Borrelli (*admitted pro hac vice*)
TURKE & STRAUS LLP
613 Williamson Street, Ste 201
Madison, Wi 53703
Telephone: (608) 237-1775
*rborrelli@turkestrauss.com*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024 I electronically filed the foregoing document using the electronic filing system, which will send notification of such filing to all attorneys of record.

*/s/ Randall K. Pulliam*
Randall K. Pulliam
