IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>MENA HOSPITAL COMMISSION d/b/a<br>MENA REGIONAL HEALTH SYSTEM,<br><br>  Defendant. | Case No.: 2:23-cv-2002<br><br>Hon. P.K. Holmes, III |

PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs David Rodriguez, Carl Schoolfield, Tanada Smith, individually and on behalf of her minor children A.S. and K.S., Jessica Smedley, individually and on behalf of her minor children C.S. and A.S., Daniel Smedley, and Chris Cant ("Plaintiffs"), individually and on behalf of others similarly situated, hereby move this Court to:

1. Preliminarily approve the Settlement described in the "Settlement Agreement" between Plaintiffs and Defendant Mena Hospital Commission d/b/a Mena Regional Health System ("Defendant" or "Mena"), and the attachments thereto, including the Claim form, the Long Notice, and the Short Notice, attached to the Declaration of Danielle L. Perry, filed herewith in support of this Motion;

2. Conditionally certify the Settlement Class;

3. Appoint Plaintiffs as Class Representatives;

4. Appoint Bryan L. Bleichner of Chestnut Cambronne PA and Danielle L. Perry of Mason LLP as Interim Co-Lead Class Counsel and Randy K. Pulliam as Liaison Counsel;

5. Direct Notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits A, B, and C thereto;

6. Appoint Simpluris, Inc. ("Simpluris") as Notice Specialist and Claims Administrator;

7. Enter the [Proposed] Order Granting Preliminary Approval of Class Action Settlement attached as Exhibit D to the Settlement Agreement; and

8. Set a hearing date and schedule for Final Approval of the Settlement and consideration of Settlement Class Counsel's Motion for Award of Fees, Costs, Expenses, and Service Awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of the Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Danielle L. Perry, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including Short Form and Long Form Notices); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

//
//
//
//
//
//
//

Dated: June 17, 2024                                            Respectfully submitted,

/s/ Danielle L. Perry
Danielle L. Perry (admitted *pro hac vice*)
Gary E. Mason (admitted *pro hac vice*)
Lisa A. White (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue, NW, Ste 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com
gmason@masonllp.com
lwhite@masonllp.com

Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Ste 1700
Minneapolis, MN 55401
Tel.: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Plaintiffs' Interim Co-Lead Class Counsel*

Randall K. Pulliam (AR Bar 981105)
Courtney E. Ross (AR Bar 2021156)
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th Street
Little Rock, AR 72201
Tel.: (501) 312-8500
rpulliam@cbplaw.com
cross@cbplaw.com

*Plaintiffs' Interim Liaison Counsel*

3