IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MENA HOSPITAL COMMISSION d/b/a MENA REGIONAL HEALTH SYSTEM,<br><br>Defendant. | Case No. 2:23-cv-2002<br><br>Judge: Hon. P.K. Holmes, Jr. |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
COSTS, AND INCENTIVE AWARDS**

Plaintiffs David Rodriguez, Carl Schoolfield, Tananda Smith, individually and on behalf of her minor children C.S. and A.S., Daniel Smedley, and Chris Cant ("Plaintiffs"), individually and on behalf of others similarly situated, hereby move this Court to grant Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards. This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of the Motion for Attorneys' Fees, Costs, and Incentive Awards; (3) the Joint Declaration of Bryan L. Bleichner, Danielle L. Perry, and Randall K. Pulliam filed herewith; (4) the Settlement Agreement; (5) the records, pleadings, and papers filed in this action; and (6) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: April 29, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Randall K. Pulliam*
　　　　　　　　　　　　　　　　　　　　　　　Randall K. Pulliam (AR Bar No. 981105)
　　　　　　　　　　　　　　　　　　　　　　　Courtney Brown (AR Bar No. 2021156)
　　　　　　　　　　　　　　　　　　　　　　　**CARNEY BATES & PULLIAM, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　One Allied Drive, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　Little Rock, AR 72202
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (501) 312-8500
　　　　　　　　　　　　　　　　　　　　　　　*rpulliam@cbplaw.com*
　　　　　　　　　　　　　　　　　　　　　　　*cross@cbplaw.com*

　　　　　　　　　　　　　　　　　　　　　　　***Interim Liaison Counsel***

　　　　　　　　　　　　　　　　　　　　　　　Bryan L. Bleichner (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Philip J. Krzeski (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　**CHESTNUT CAMBRONNE PA**
　　　　　　　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (612) 339-7300
　　　　　　　　　　　　　　　　　　　　　　　*bbleichner@chestnutcambronne.com*
　　　　　　　　　　　　　　　　　　　　　　　*pkrzeski@chestnutcambronne.com*

　　　　　　　　　　　　　　　　　　　　　　　Danielle L. Perry (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Gary E. Mason (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Lisa A. White (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　**MASON LLP**
　　　　　　　　　　　　　　　　　　　　　　　5335 Wisconsin Avenue, NW, Suite 640
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 429-2290
　　　　　　　　　　　　　　　　　　　　　　　*dperry@masonllp.com*
　　　　　　　　　　　　　　　　　　　　　　　*gmason@masonllp.com*
　　　　　　　　　　　　　　　　　　　　　　　*lwhite@masonllp.com*

　　　　　　　　　　　　　　　　　　　　　　　***Interim Co-Lead Class Counsel***