UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez., *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-02002-TLB |

**UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs David Rodriguez, Carl Schoolfield, Tamada Smith, individually and on behalf of her minor children A.S. and K.S., Jessica Smedley, individually and on behalf of her minor children C.S. and A.S., Daniel Smedley, and Chris Cant ("Plaintiffs"), individually and on behalf of others similarly situated, hereby moves this Court for entry of an Order and Final Judgment granting:

1.	Final approval of the Class Settlement Agreement ("Settlement Agreement" or "Settlement") between Plaintiffs and Defendant Mena Hospital Commission d/b/a Mena Regional Health System ("Defendant"), and the attachments thereto, which the Court preliminarily approved on February 12, 2025; and

2.	Final certification of the proposed Settlement Class pursuant to Federal Rules of Civil Procedure Rule 23(e).

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of this Motion, filed herewith; (3) the Settlement Agreement; (4) the Declaration of the

1

Settlement Administrator, filed herewith; (5) the [Proposed] Order and Final Judgment Granting Final Approval to Class Action Settlement and Certifying Settlement Class; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: July 11, 2025

Respectfully Submitted,

Randall K. Pulliam (AR Bar 981105)
Courtney E. Brown (AR Bar 2021156)
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, AR 72202
Phone: (501) 312-8500
Fax: (501) 312-8500
rpulliam@cbplaw.com
cbrown@cbplaw.com

Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Danielle L. Perry (admitted *pro hac vice*)
Gary E. Mason (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Ste. 640
Washington, DC 20015
Telephone: (202) 429-2290
dperry@masonllp.com
gmason@masonllp.com

*Attorneys for Plaintiffs and the Putative Classes*