**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

David Rodriguez,

    *on behalf of himself and all others
similarly situated,*

        Plaintiff,

   v.

Mena Hospital Commission d/b/a Mena
Regional Health System,

      Defendant.

Case No. 2:23-cv-2002

Hon. Timothy L. Brooks

I, Shelby Alvey, declare and state as follows:

1.    Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.    I am a Project Manager at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3.    Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Super    ior Court of the State of

California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4.    Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Granting Plaintiffs' Motion for Preliminary Approval ("Preliminary Approval Order") entered on February 12, 2025, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

a.    Establishing and maintaining a Settlement-specific website at www.MenaRegionalDataSettlement.com;

b.    Establishing and maintaining a Settlement-specific toll-free phone number (1-833-244-7350);

c.    Formatting for printing and mailing a Postcard Notice to Settlement Class Members;

d.    Receiving and processing Settlement Class Members' requests for exclusion from the proposed settlement and objections to the proposed settlement;

e.    Receiving, processing and validating Settlement Class Members' Claim Forms;

f.    Processing and issuing payments via check, ACH, PayPal, Venmo, Zelle, and E-Mastercard to Settlement Class Members, and sending payments to the Settlement Class Representatives and Settlement Class Counsel;

g.    Providing counsel for the Parties with weekly status reports; and

h.    Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## DIRECT NOTICE PROGRAM

5.      Pursuant to the Parties' Agreement and the Preliminary Approval Order, Simpluris formatted the Postcard Notice to be sent by mail. The Long Form Notice was also made available on the Settlement Website.

6.      The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

7.      On or about February 25, 2025, Counsel for Defendant provided Simpluris with a data file containing 42,973 known Settlement Class Member names and mailing addresses.

8.      Upon receipt of the Class List, Simpluris reviewed the data to ensure it was in proper format for distributing the Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to class members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA. 1,136 exact duplicates were removed, and the final class list was confirmed to contain 41,837 Settlement Class Members.

9.      On March 14, 2025, Simpluris mailed the Postcard Notice to the 41,837 Settlement Class Members for whom a valid mailing address was available. Attached hereto as **Exhibit A** is a true and correct copy of the Postcard Notice.

10.      As of July 1, 2025, 13,174 Postcard Notices have been returned by USPS. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-

Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 13,174 returned Notices, 6,845 Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 6,329 Notices were determined to be undeliverable because no updated address was available.

## WEBSITE AND TELEPHONE NUMBER

11.     Simpluris    prepared    and    maintains    a    Settlement    website    at www.MenaRegionalDataSettlement.com that includes important dates and deadlines, and Settlement-related documents, including the Class Action Settlement Agreement and Release, the Preliminary Approval Order, a downloadable version of the Notice of Class Action Settlement, and the Claim Form. The website has been available to the public since March 14, 2025. As of July 1, 2025, the website has been visited by 650 unique visitors with 2,437 page views. Attached hereto as **Exhibit B** and **Exhibit C** are true and correct copies of the Notice of Class Action Settlement and the Claim Form.

12.     A Settlement-specific toll-free telephone number was included in the notice and on the website for the purpose of allowing Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-833-244-7350. This telephone number is active and has been available to the public since March 14, 2025. The Settlement-specific toll-free telephone number has received 1,755 phone calls between March 14, 2025, and July 1, 2025.

## CLAIM FORM SUBMISSIONS

13.     The deadline to submit a claim form was June 12, 2025. Settlement Class Members were able to submit a claim through the Settlement Website, by returning the Postcard Claim Form,

or by mailing a physical claim form to the Settlement Administrator. As of July 1, 2025, Simpluris has received 2,547 Claim Form submissions. Simpluris has completed an initial review of the 2,547 Claim Form Submissions (100%) and determined that 2,481 claims are valid and timely, 18 are late, and 48 are deficient for missing required information. The 2,481 Valid Claims represent 5.93% of the Settlement Class.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

14.     The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was May 13, 2025.

15.     As of the date of this Declaration, Simpluris has received zero (0) requests for exclusion from the proposed Settlement.

16.     The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was May 13, 2025.

17.     As of the date of this Declaration, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

## ADMINISTRATION COSTS

18.     Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $35,679.00

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 10th day of July, 2025 in Louisville, Kentucky.


_Shelby Alvey_
_____
SHELBY ALVEY


DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.
Page 5 of 5

# EXHIBIT A

Rodriguez v. Mena Health System
c/o Settlement Administrator
PO Box 25226,
Santa Ana, CA 92799

***Rodriguez, et al., v. Mena Hospital Commission
d/b/a Mena Regional Health System***

*Case No. 2:23-cv-2002*

**IF YOU RECEIVED NOTICE FROM THE MENA
REGIONAL HEALTH SYSTEM INDICATING THAT
YOUR PRIVATE INFORMATION MAY HAVE BEEN
IMPACTED IN A DATA INCIDENT,
A PROPOSED CLASS ACTION SETTLEMENT
MAY AFFECT YOUR RIGHTS.**

For more information about the proposed class action
settlement, including how to submit a claim, exclude
yourself, or submit an objection, please visit
www.menaregionaldatasettlement.com
or call toll-free 1-833-244-7350
*A court has authorized this Notice.*

*This is <u>not</u> a solicitation from a lawyer.*

First-Class
Mail
US Postage
Paid
Permit #__

«Barcode»
Postal Service: Please do not mark barcode

«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

**Why am I receiving this notice?** A settlement has been reached in a class action lawsuit concerning a November 2022 targeted cyberattack against Mena Regional Health System ("Mena"), in which private information were accessed. Mena denies that it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the Lawsuit ("Settlement") to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement is available at www.menaregionaldatasettlement.com.

**Who is included in the Settlement?** You are included in the Settlement Class if you received a Notice Letter from Mena notifying you that your private information was compromised in the cyberattack.

**What are the Settlement benefits?** Mena has agreed to establish a settlement fund of $500,000.00. All Class Members who submit a valid claim by **June 12, 2025** will receive a proportional pro rata share of the Settlement Fund as a cash payment. Class Members who incurred out-of-pocket expenses as a direct result of the Data Incident will also receive up to $2,000.00 per individual if they submit a valid claim, including documentation, by **June 12, 2025**. You may file a claim for both benefits, if both apply to you.

**How do I receive a cash payment?** To submit a claim for a Pro Rata Cash Payment, simply complete the attached Claim Form, tear at perforation, and return by U.S. Mail. Postage is already paid. To submit Out-of-Pocket Expense claims, visit www.menaregionaldatasettlement.com or call **1-833-244-7350**. **Claims must be submitted online or postmarked by June 12, 2025.**

**Who represents me?** Yes, the Court has appointed Bryan L. Bleichner of Chestnut Cambronne PA, and Danielle Perry of Mason LLP, to represent you and other members of the Settlement Class ("Class Counsel").

**What if I don't want to participate in the Settlement?** If you do not want to be legally bound by the Settlement, you must exclude yourself by **May 13, 2025** or you will not be able to sue Mena for the claims made in *this* lawsuit. If you exclude yourself, you cannot get a cash payment from this Settlement. If you want to object to the Settlement, you may file an objection by **May 13, 2025.** The Settlement Agreement, available on the Settlement website at www.menaregionaldatasettlement.com explains how to exclude yourself or object.

**When will the Court decide whether to approve the Settlement?** The Court will hold a hearing in this case on **August 11, 2025** in the **fifth-floor courtroom of the John Paul Hammerschmidt Federal Building at 35 East Mountain Street in Fayetteville, Arkansas 72701**, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for $166,666.67 to cover attorneys' fees, up to $25,000.00 for the costs of litigation, a $2,000 service award for each of the named Plaintiffs, and $36,607 for the costs of administering the Settlement. You may attend the hearing at your own cost, but you do not have to.

**THIS NOTICE IS ONLY A SUMMARY. VISIT WWW.MENAREGIONALDATASETTLEMENT.COM
OR SCAN THIS QR CODE FOR COMPLETE INFORMATION.**

## BUSINESS REPLY MAIL

FIRST-CLASS MAIL      PERMIT NO 47      COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**Rodriguez v. Mena Health System**
 **c/o Settlement Administrator**
**P.O. Box 25226**
**Santa Ana, CA  92799-9958**

### RODRIGUEZ V. MENA HEALTH SYSTEM

**Class Member Name:**  «FirstName» «LastName»          **Notice ID:**  «Unique ID»

**Mailing Address:**  «Address1» «Address2»          **PIN:**  «PIN»
«City»,«State»«Zip»-«ZipDPC3»

*Complete this Claim Form, tear at perforation, and return by U.S. Mail no later than **June 12, 2025**.*

*You must complete this Claim Form and supply all of the following information in order to receive a cash payment under this Settlement. Only one claim per Class Member. You must notify the Claims Administrator if your contact information is different from what is shown above, or changes after you submit this form.*

☐ **Check this box** if you would like to receive a proportional pro rata cash payment. The amount of the cash payment will depend on the number and amount of valid Out-of-Pocket Expenses claimed, and the costs of litigation and administration approved by the court.

How would you like to be paid:

Select **_ONE_**:  ☐ PayPal     ☐ Venmo     ☐ Zelle     ☐ Virtual Prepaid Card

          ☐ Check (will be sent to the address shown above)

The email address associated with your PayPal, Venmo, or Zelle account, or to which to send a virtual prepaid card:: _____

Print Name: _____Date: _____/_____/_____

Signature: _____

«Barcode»
«BarcodeString»                                                                 SIMID  «SIMID»

# EXHIBIT B

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*David Rodriguez, et al., v. Mena Hospital Commission*
*d/b/a Mena Regional Health System*
Case No. 2:23-cv-2002
United States District Court for the Western District of Arkansas
Fort Smith Division

> **IF YOU RECEIVED NOTICE FROM THE MENA REGIONAL HEALTH SYSTEM INDICATING THAT YOUR PRIVATE INFORMATION MAY HAVE BEEN IMPACTED IN A DATA INCIDENT, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS.**

*A court has authorized this notice. This is not a solicitation from a lawyer.*
*You are not being sued.*
***Please read this Notice carefully and completely.***

- A Settlement has been reached with the Mena Hospital Commission, which does business as Mena Regional Health System ("Mena" or "Defendant"), in a class action lawsuit concerning the targeted cyberattack on the Defendant's computer systems that occurred on or about November 8, 2022 (the "Data Incident"), in which certain files that contained private information were accessed. The information included, full names, dates of birth, social security number, driver's license/government identification number, financial account information, medical record/patient numbers, medical diagnosis/treatment information, medical provider names, lab results, prescription information, and health insurance information

- The lawsuit is captioned *David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System,* Case No. 2:23-cv-2002, currently pending in the United States District Court for the Western District of Arkansas, Fort Smith Division (the "Action").

- Mena denies each and all of the claims and contentions alleged against it in the Action and denies all charges of wrongdoing or liability alleged (or which could be alleged) in the Action, but has agreed to a settlement to avoid the costs and risks associated with continuing the litigation.

- You are included in the Settlement Class if you received a Notice Letter from Mena notifying you that your private information was compromised in the Data Incident.

- Your rights are affected whether you act or don't act. ***Please read this Notice carefully and completely.***

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to receive benefits from this Settlement is by submitting a valid and timely Claim Form.<br><br>The fastest way to submit your Claim Form is online at www.menaregionaldatasettlement.com. If you prefer, you can download the Claim Form from the Settlement Website and mail it to the Settlement Administrator. You may also call or email the Settlement Administrator to receive a paper copy of the Claim Form. | **June 12, 2025** |
| **OPT OUT OF THE SETTLEMENT** | You can choose to opt out of the Settlement and receive no payment. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims resolved by this Settlement. You can hire your own legal counsel at your own expense. | **May 13, 2025** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for Settlement benefits. | **May 13, 2025** |
| **DO NOTHING** | Unless you opt out of the settlement, you are automatically part of the Settlement. If you do nothing, you will not receive benefits from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims resolved by this Settlement. | No Deadline |

- These rights and options—**and the deadlines to exercise them—**are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.

 For complete information and to file a claim, scan this QR code to go directly to the Settlement website,

www.MenaRegionalDataSettlement.com

**Questions? Call 1-833-244-7350 toll-free or visit www.MenaRegionalDataSettlement.com**

2

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION ................................................................................................. 3

WHO IS IN THE SETTLEMENT? ................................................................................... 4

THE SETTLEMENT BENEFITS ...................................................................................... 5

SUBMITTING A CLAIM FORM FOR SETTLEMENT BENEFITS ..................................... 6

THE LAWYERS REPRESENTING YOU .......................................................................... 6

EXCLUDING YOURSELF FROM THE SETTLEMENT ....................................................... 7

COMMENTING ON OR OBJECTING TO THE SETTLEMENT ......................................... 8

THE COURT'S FINAL APPROVAL HEARING ............................................................... 9

IF I DO NOTHING ....................................................................................................... 9

GETTING MORE INFORMATION ............................................................................... 10

## Basic Information

### 1. Why was this Notice issued?

The United States District Court for the Western District of Arkansas, Fort Smith Division, authorized this Notice because you have a right to know about the proposed Settlement of this class action lawsuit, and about all of your options before the Court decides whether to grant final approval of the Settlement. This Notice explains the lawsuit, your legal rights, what benefits are available, and who can receive them.

The lawsuit is captioned *David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System,* Case No. 2:23-cv-2002. The people that filed this lawsuit are called the "Plaintiffs" (or "Class Representatives") and the entity they sued, Mena, is called the "Defendant."

### 2. What is this lawsuit about?

This lawsuit alleges that private and sensitive information may have been impacted due to the unauthorized access to Defendant's computer systems on or about November 8, 2022 (the "Data Incident"). The information included full names, dates of birth, social security number, driver's license/government identification number, financial account information, medical record/patient numbers, medical diagnosis/treatment information, medical provider names, lab results, prescription information, and health insurance information.

**Questions? Call 1-833-244-7350 toll-free or visit www.MenaRegionalDataSettlement.com**

3

## 3. What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are known as "Plaintiffs" or "Class Representatives." Together, the people included in the class action are called a "class" or "class members." One court resolves the lawsuit for all class members, except for those who opt out from a settlement. In this Settlement, the Class Representatives are David Rodriguez, Carl Schoolfield, Tanada Smith, individually and on behalf of her minor children A.S. and K.S., Jessica Smedley, individually and on behalf of her minor children C.S. and A.S., Daniel Smedley, and Chris Cant, and everyone included in this Action are the Class Members.

## 4. Why is there a Settlement?

The Court did not decide in favor of the Plaintiffs or the Defendant. Plaintiffs and the Defendant have agreed to a Settlement to avoid the costs and risks of a trial, and to allow the Class Members to receive benefits from the Settlement. The Plaintiffs and their attorneys think the Settlement is best for all Class Members.

# Who is in the Settlement?

## 5. Who is included in the Settlement?

The Settlement Class includes all persons residing in the United States who were sent a Notice Letter notifying them that their Private Information was compromised in the Data Incident.

## 6. Are there exceptions to being included?

Yes. Excluded from the Settlement Class are: (a) all persons who are employees, directors, officers, and agents of Mena Hospital Commission or Mena Regional Health System, the Judge assigned to the Action, and that Judge's immediate family and Court staff.

If you are not sure whether you are included in the Settlement Class, you can ask for free help by emailing or writing to Settlement Administrator at:

info@MenaRegionalDataSettlement.com

Mena Data Incident Settlement, c/o Settlement Administrator, PO Box 25226, Santa Ana, CA 92799.

You may also view the Settlement Agreement at www.MenaRegionalDataSettlement.com.

# The Settlement Benefits

## 7. What does the Settlement provide?

Mena has agreed to establish a Settlement Fund of $500,000.00. The Settlement provides the following Settlement Benefits. You are not limited to one benefit. If you are eligible for both benefits, as described below, you may file a claim for each of them.

**Pro Rata Cash Payment.** After Out-of-Pocket Expense Claims, Service Awards, attorney's fees and costs, and costs of administration have been paid, Class Members who file a valid, timely claim will receive a proportional *pro rata* payment of the remaining Settlement Fund. You are not required to provide any documentation or attestation to claim the cash payment.

**Out-of-Pocket Expense Claims.** Class Members can submit a Claim Form for reimbursement of documented out-of-pocket losses reasonably traceable to the Data Incident for up to $2,000.00 per individual . Out-of-Pocket Expense Claims include:

- unreimbursed losses relating to fraud or identity theft;
- professional fees for attorneys and/or accountants, and fees for credit repair services;
- costs associated with freezing or unfreezing credit with any credit reporting agency;
- credit monitoring costs; and/or
- miscellaneous expenses such as notary, data charges (if charged based on the amount of data used) fax, postage, copying, mileage, cell phone charges (only if charged by the minute), and long-distance telephone charges

These out-of-pocket expenses must have been incurred on or after September 1, 2023, through the date you file your claim.

You must submit documentation, such as receipts, to verify the costs you incurred. You may submit "self-prepared" documents to add clarity or support to other submitted documentation, but self-prepared documents by themselves are insufficient to file a valid claim.

Lastly, you must attest under penalty of perjury that these out-of-pocket expenses resulted from dealing with the Data Incident.

## 8. How much will my payment be?

Payments will vary depending on the Settlement Benefits selected and, for Out-of-Pocket Expenses Claims, the supporting documentation provided.

## 9. What claims am I releasing if I stay in the Settlement Class?

Unless you opt out of the Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against the Defendant about any of the legal claims this Settlement resolves. The "Release" section

Questions? Call 1-833-244-7350 toll-free or visit www.MenaRegionalDataSettlement.com

5

of the Settlement Agreement describes the legal claims that you give up if you remain in the Settlement Class. The Settlement Agreement is available for review at www.MenaRegionalDataSettlement.com.

# Submitting a Claim Form for Settlement Benefits

## 10. How do I submit a claim for a Settlement benefit?

The fastest way to submit your Claim Form is online at www.MenaRegionalDataSettlement.com. If you prefer, you can download the Claim Form from the website and mail it to the Settlement Administrator at: Mena Data Incident Settlement, c/o Settlement Administrator, PO Box 25226, Santa Ana, CA 92799.

You may also contact the Settlement Administrator to request a Claim Form by telephone, toll free, 1-833-244-7350, by email info@MenaRegionalDataSettlement.com, or by U.S. mail at the address above.

## 11. What is the deadline for submitting a claim?

If you are submitting a Claim Form online, you must do so by **June 12, 2025.** If you are submitting a claim by U.S. mail, the completed and signed Claim Form, along with any supporting documentation, must be mailed so it is postmarked no later than **June 12, 2025**.

## 12. When will the Settlement benefits be issued?

The Court will hold a final approval hearing on **August 11, 2025**. If the Court approves the Settlement, there may be appeals. It is always uncertain whether appeals will be filed and, if so, how long it will take to resolve them.

Settlement benefits will be distributed if the Court grants final approval of the Settlement and after any appeals are resolved, or after the period to seek an appeal has expired.

# The Lawyers Representing You

## 13. Do I have a lawyer in the case?

Yes, the Court appointed Bryan L. Bleichner of Chestnut Cambronne PA, and Danielle Perry of Mason LLP, to represent you and other members of the Settlement Class ("Class Counsel").

## 14. Should I get my own lawyer?

You will not be charged for Class Counsel's services. If you want to be represented by your own lawyer, you may hire one at your own expense.

**Questions? Call 1-833-244-7350 toll-free or visit www.MenaRegionalDataSettlement.com**

## 15. How will Class Counsel be paid?

Class Counsel will seek Court approval for attorneys' fees not to exceed one-third of the Settlement Fund, $166,666.67, and costs of litigation not to exceed $25,000. Class Counsel will also ask the Court to approve Service Awards in the amount of $2,000.00 to each of the Class Representatives. These fees and costs, as well as the costs of administration, will be paid from the Settlement Fund.

# Excluding Yourself from the Settlement

## 16. How do I opt out of the Settlement?

If you do not want to receive any benefits from the Settlement, and you want to keep your right, if any, to separately sue the Defendant about the legal issues in this case, there are steps that you must take to exclude yourself from the Settlement Class. This is called requesting an exclusion from, or "opting out" of the Settlement Class. The deadline to submit a request for exclusion from the Settlement is **May 13, 2025.**

To exclude yourself from the Settlement, you must submit a written request for exclusion that includes the following information:

- the name of the Action: *David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System,* Case No. 2:23-cv-2002, pending in the United States District Court for the Western District of Arkansas, Fort Smith Division
- your full name;
- current address;
- personal signature; and
- the words "Request for Exclusion" or a clear and similar statement that the you do not wish to participate in the Settlement.

Your request for exclusion must be mailed to the Settlement Administrator at the address below, **postmarked no later than May 13, 2025.**

Mena Data Incident Settlement
ATTN: Exclusion Request
PO Box 25226,
Santa Ana, CA 92799

If you exclude yourself, you are telling the Court that you do not want to be part of the Settlement. You will not be eligible to receive any Settlement benefits if you exclude yourself.

You may only exclude yourself— not any other person.

# Commenting on or Objecting to the Settlement

## 17. How do I tell the Court if I like or do not like the Settlement?

If you are a Class Member and do not like a portion or all of the Settlement, you can object to it, if you choose. You can give reasons why you think the Court should not approve it. The Court will consider your views.

For an objection to be considered by the Court, the objection must include:

1. the name of the Action: *David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System,* Case No. 2:23-cv-2002, pending in the United States District Court for the Western District of Arkansas, Fort Smith Division
2. your full name, address, telephone number, and e-mail address (if any);
3. information identifying you as a Class Member, including proof that you are a member of the Settlement Class (e.g., copy of original notice of the Data Incident);
4. a written statement of all grounds for the objection, accompanied by any legal support for the objection you believe is applicable;
5. the identity of any and all counsel representing you in connection with the objection;
6. a statement as to whether you and/or your counsel will appear at the Final Fairness Hearing; and
7. your signature and the signature of your duly authorized attorney or other duly authorized representative, if any (along with documentation setting forth such representation).

To be timely, a written notice of an objection containing the above information must be filed with the Clerk of the Court, with copies served on Class Counsel and counsel for Mena, no later than **May 13, 2025**.

| Clerk of the Court | Class Counsel | Counsel for Mena |
|---|---|---|
| Ronald E. Dowling | Bryan L. Bleichner | Timothy J. Lowe |
| Judge Isaac C. Parker Federal Building | **CHESTNUT CAMBRONNE PA** | **MCDONALD HOPKINS** |
| 30 South 6th Street | 100 Washington Avenue South | 39533 Woodward Avenue |
| Room 1038 | Suite 1700 | Suite 318 |
| Fort Smith, Arkansas 72901-2437 | Minneapolis, MN 55401 | Bloomfield Hills, MI |
| | | |
| | Danielle L. Perry | Patrick McDaniel |
| | **MASON LLP** | **ATTORNEY AT LAW, P.A.** |
| | 5335 Wisconsin Avenue NW | 311 DeQueen St. |
| | Suite 640 | Mena, AR 71953 |
| | Washington, DC 20015 | |

Any Class Member who fails to comply with the requirements for objecting shall waive and forfeit any and all rights they may have to appear separately and/or to object to the Settlement, and shall be bound by all the terms of the Settlement and by all proceedings, orders and judgments in the Litigation.

**Questions? Call 1-833-244-7350 toll-free or visit www.MenaRegionalDataSettlement.com**

## 18. What is the difference between objecting and excluding?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and stating to the Court that you do not want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because the Settlement no longer affects you.

# The Court's Final Approval Hearing

## 19. When is the Court's Final Approval Hearing?

The Court will hold a final approval hearing on **August 11, 2025 at 1:30 p.m. ~~E~~C.T.**, in the fifth floor courtroom of the John Paul Hammerschmidt Federal Building at 35 East Mountain Street in Fayetteville, Arkansas 72701.

At the final approval hearing, the Court will consider whether to approve the Settlement, how much attorneys' fees and costs to award to Class Counsel for representing the Settlement Class, and whether to award a Service Award to each of the Class Representatives who brought this Action on behalf of the Settlement Class. The Court will also consider any objections to the Settlement.

If you are a Class Member, you or your attorney may ask permission to speak at the hearing at your own cost (*See* **Question 17**).

The date and time of this hearing may change without further notice. Please check www.MenaRegionalDataSettlement.com for updates.

## 20. Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you file an objection, you do not have to come to the Final Approval Hearing to talk about it. If you file your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but such attendance is not necessary for the Court to consider an objection that was filed on time.

# If I Do Nothing

## 21. What happens if I do nothing at all?

If you are a Class Member and you do nothing, you will give up the rights described in **Question 9**, including your right to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against the Defendant and the Released Parties about the legal issues resolved by this Settlement. In addition, if you do nothing, you will not receive a benefit from this Settlement.

**Questions? Call 1-833-244-7350 toll-free or visit www.MenaRegionalDataSettlement.com**

9

# **Getting More Information**

## 22. How do I get more information?

This Notice summarizes the proposed Settlement. Complete details are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at the Settlement Website www.MenaRegionalDataSettlement.com.

If you have additional questions, you may contact the Settlement Administrator by email, phone, or mail:

Email: info@MenaRegionalDataSettlement.com

Toll-Free: 1-833-244-7350

Mail: Mena Data Incident Settlement, c/o Settlement Administrator, PO Box 25226, Santa Ana, CA 92799

Publicly filed documents can also be obtained by visiting the office of the Clerk of Court, Ronald E. Dowling, Judge Isaac C. Parker Federal Building, Room 1038, 30 South 6th Street, Fort Smith, Arkansas, 72901-2437.

**DO NOT CONTACT THE COURT OR CLERK OF COURT REGARDING THIS SETTLEMENT**



For complete information and to file a claim, scan this QR code to go directly to the Settlement website,

www.MenaRegionalDataSettlement.com

**Questions? Call 1-833-244-7350 toll-free or visit www.MenaRegionalDataSettlement.com**

10

# EXHIBIT C

<table>
<tr><td>

**Your claim must be submitted online or postmarked by: June 12, 2025**

</td><td>

*David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System*
Case No. 2:23-cv-2002
United States District Court for the Western District of Arkansas
Fort Smith Division

**MENA DATA INCIDENT SETTLEMENT CLAIM FORM**

</td><td>

**Mena Data Incident Settlement**
c/o Settlement Administrator
PO Box 25226,
Santa Ana, CA 92799

</td></tr>
</table>

## GENERAL INSTRUCTIONS

You are included in the **Settlement Class** if you received a Notice Letter from Mena notifying you that your private information was compromised in the Data Incident.

**Excluded from the Settlement Class** are: (a) all persons who are employees, directors, officers, and agents of Mena Hospital Commission or Mena Regional Health System, the Judge assigned to the Action, and that Judge's immediate family and Court staff.

**Data Incident** is the targeted cyberattack on the Defendant's computer systems that occurred on or about November 8, 2022, in which certain files that contained private information were accessed.

**COMPLETE THIS CLAIM FORM IF YOU ARE A CLASS MEMBER AND WISH TO RECEIVE ONE OR BOTH OF THE FOLLOWING SETTLEMENT BENEFITS**

## AVAILABLE BENEFITS

You are not limited to one benefit. If you are eligible for both benefits, as described below, you may file a claim for each of them.

**Pro Rata Cash Payment.** After Out-of-Pocket Expense Claims, Service Awards, attorney's fees and costs, and costs of administration have been paid, Class Members who file a valid, timely claim will receive a proportional *pro rata* payment of the remaining Settlement Fund. You are not required to provide any documentation or attestation to claim the cash payment.

**Out-of-Pocket Expense Claims.** Class Members can submit a Claim Form for reimbursement of documented out-of-pocket losses reasonably traceable to the Data Incident for up to $2,000.00 per individual . Out-of-Pocket Expense Claims include:

- unreimbursed losses relating to fraud or identity theft;
- professional fees for attorneys and/or accountants, and fees for credit repair services;
- costs associated with freezing or unfreezing credit with any credit reporting agency;
- credit monitoring costs; and/or
- miscellaneous expenses such as notary, data charges (if charged based on the amount of data used) fax, postage, copying, mileage, cell phone charges (only if charged by the minute), and long-distance telephone charges

Out-of-Pocket expenses must have been incurred on or after September 1, 2023, through the date you file your claim. .

**QUESTIONS? VISIT WWW.MENAREGIONALDATASETTLEMENT.COM OR CALL TOLL-FREE 1-833-244-7350**

*David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System*
Case No. 2:23-cv-2002
United States District Court for the Western District of Arkansas
Fort Smith Division

**MENA DATA INCIDENT SETTLEMENT CLAIM FORM**

<table>
<tr><td>

**Your claim must be submitted online or postmarked by: June 12, 2025**

</td><td></td><td>

**Mena Data Incident Settlement**
c/o Settlement Administrator
PO Box 25226,
Santa Ana, CA 92799

</td></tr>
</table>

You must submit documentation, such as receipts, to verify the costs you incurred. You may submit "self-prepared" documents to add clarity or support to other submitted documentation, but self-prepared documents by themselves are insufficient to file a valid claim.

Lastly, you must attest under penalty of perjury that these out-of-pocket expenses resulted from dealing with the Data Incident.

**THE EASIEST WAY TO SUBMIT YOUR CLAIMS IS ONLINE AT
WWW.MENAREGIONALDATASETTLEMENT.COM**

You may also print out and complete this Claim Form, and submit it by U.S. mail to:
Mena Data Incident Settlement
c/o Settlement Administrator
PO Box 25226,
Santa Ana, CA 92799
An electronic image of the completed Claim Form can also be submitted by email to info@menaregionaldatasettlement.com

The deadline to submit a Claim Form online is **June 12, 2025**. If you are mailing your Claim Form, it must be mailed with a postmark date no later than **June 12, 2025**.

<table>
<tr><td><strong>Your claim must be submitted online or postmarked by: June 12, 2025</strong></td><td><em>David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System</em><br>Case No. 2:23-cv-2002<br>United States District Court for the Western District of Arkansas Fort Smith Division<br><br><strong>MENA DATA INCIDENT SETTLEMENT CLAIM FORM</strong></td><td><strong>Mena Data Incident Settlement</strong><br>c/o Settlement Administrator<br>PO Box 25226,<br>Santa Ana, CA 92799</td></tr>
</table>

## I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this claim form.

First Name | Last Name

Street Address

City | State | Zip Code

Email Address | Phone Number | Notice ID (if known)

## II. PRO RATA CASH PAYMENT (AVAILABLE TO ALL CLASS MEMBERS)

☐ Check this box if you would like to receive a proportional *pro rata* cash payment. The amount of the cash payment will depend on the number and amount of valid Out-of-Pocket Expenses claimed, and the costs of litigation and administration approved by the court.

## III. DOCUMENTED OUT-OF-POCKET EXPENSES (UP TO $2,000.00 PER INDIVIDUAL)

☐ Check this box if you are seeking reimbursement for **actual, documented** losses that were incurred as a result of the Data Incident. **You <u>must</u> submit supporting documentation** demonstrating the actual, unreimbursed losses you are seeking reimbursement for.

*Complete the chart below describing the supporting documentation you are submitting.*

| Description of Documentation Provided | Amount |
|---|---|
| *Example: Unauthorized purchases made with payment information compromised in the Data Incident* | *$40* |
| | |
| | |
| | |
| | |

**QUESTIONS? VISIT WWW.MENAREGIONALDATASETTLEMENT.COM OR CALL TOLL-FREE 1-833-244-7350**

<table>
<tr><td rowspan="5" style="border:1px solid">**Your claim must be submitted online or postmarked by: June 12, 2025**</td><td>*David Rodriguez, et al., v. Mena Hospital Commission d/b/a Mena Regional Health System*<br>Case No. 2:23-cv-2002<br>United States District Court for the Western District of Arkansas<br>Fort Smith Division</td><td>**Mena Data Incident Settlement**<br>c/o Settlement Administrator<br>PO Box 25226,<br>Santa Ana, CA 92799</td></tr>
</table>

**MENA DATA INCIDENT SETTLEMENT CLAIM FORM**

| *continued...* | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL OUT-OF-POCKET EXPENSES:** | |

If you have more expenses than rows, you may attach additional sheets of paper to account for them. Please print your name and sign the bottom of each additional sheet of paper.

## IV.  PAYMENT SELECTION

Please select **one** of the following payment options if you are seeking reimbursement under Sections II or III above.

**PayPal** - Enter your PayPal email address: _____

**Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

**Zelle -** Enter the mobile number or email address associated with your Zelle account:

   Mobile Number: __ __ __-__ __ __-__ __ __ __   or Email Address: _____

**Virtual Prepaid Card -** Enter your email address: _____

**Physical Check -** Payment will be mailed to the address provided in Section I above.

## V.  ATTESTATION & SIGNATURE

I swear and affirm that the information provided in this Claim Form, and any supporting documentation provided is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

| _____ | _____ | _____ |
|---|---|---|
| Signature | Printed Name | Date |

**QUESTIONS? VISIT WWW.MENAREGIONALDATASETTLEMENT.COM OR CALL TOLL-FREE 1-833-244-7350**