UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>MENA HOSPITAL COMMISSION d/b/a<br>MENA REGIONAL HEALTH SYSTEM,<br><br>        Defendant. | Case No. 2:23-cv-2002<br><br>Judge: Hon. P.K. Holmes, Jr. |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Sydney K. Bell, Esq. of McDonald Hopkins LLC hereby enters her appearance as additional counsel of record for Defendant Mena Hospital Commission d/b/a Mena Regional Health System. Please serve all pleadings, notices, and any other papers to Sydney K. Bell, Esq., McDonald Hopkins LLC, 600 Superior Avenue East, Suite 2100, Cleveland, Ohio 44114.

Respectfully submitted,

*/s/ Sydney K. Bell*
Syndey K. Bell (0103759)
McDonald Hopkins LLC
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Email: sbell@mcdonaldhopkins.com

*Counsel for Defendant Mena Hospital Commission d/b/a Mena Regional Health System*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025 the foregoing was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

> By: */s/ Sydney K. Bell*
> Syndey K. Bell (0103759)
> McDonald Hopkins LLC
> 600 Superior Avenue East, Suite 2100
> Cleveland, Ohio 44114
> Phone: (216) 348-5400
> Email: sbell@mcdonaldhopkins.com
>
> *Counsel for Defendant Mena Hospital Commission d/b/a Mena Regional Health System*