UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez,<br><br>*on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-2002<br><br>Hon. Timothy L. Brooks |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GARY K. LULOFF

Pursuant to Local Rule 83.5(d), Plaintiff David Rodriguez, by and through undersigned counsel, move for the admission, *pro hac vice*, of the following attorney to represent him and appear and participate on his behalf in this above captioned matter:

Gary K. Luloff (MN #0389057)
CHESTNUTCAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
gluloff@chestnutcambronne.com

Mr. Luloff is a member in good standing of the following courts:

- Minnesota State Courts (Bar #0389057)

- U.S. District Court - District of Minnesota

- 8th Circuit Court of Appeals

- United States Supreme Court

-1-

Mr. Luloff affirms that he will be subject to and abide by the rules of this Court and also recognizes the Court's jurisdiction over him on matters of discipline. Plaintiff has engaged undersigned local counsel for this matter.

WHEREFORE, Plaintiff David Rodriguez requests the Court grant the above-named counsel permission to appear *pro hac vice* in this action.

Dated: August 05, 2025            Respectfully Submitted,

/s/ Josh Sanford
Josh Sanford
Arkansas Bar No. 2001037
josh@sanfordlawfirm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 787-2040

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 5, 2025, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Josh Sanford*
Josh Sanford