UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez,<br><br>    *on behalf of himself and all others similarly situated,*<br><br>        Plaintiff,<br>  v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>        Defendant. | Case No. 2:23-cv-2002<br><br>Hon. Timothy L. Brooks |

### [PROPOSED] ORDER

After consideration of the Motion for Admission *Pro Hac Vice* of Gary K. Luloff filed on behalf of Plaintiff David Rodriguez, and it appearing to the Court that this attorney meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion (Docket # _____) should be, and hereby is, GRANTED.

SIGNED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE