AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| David Rodriguez, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-02002-TLB |
| Mena Hospital Commission | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff David Rodriguez                                                                                          .

Date:     08/06/2025                                                  /s/ Gary Luloff
                                                                                       *Attorney's signature*

                                                                              Gary K. Luloff (MN #0389057)
                                                                              *Printed name and bar number*
                                                                              Chestnut Cambronne PA
                                                                              100 Washington Avenue S, Ste. 1700
                                                                              Minneapolis, MN 55401

                                                                                                 *Address*

                                                                              gluloff@chestnutcambronne.com
                                                                                          *E-mail address*

                                                                              (612) 339-7300
                                                                                  *Telephone number*

                                                                              (612) 336-2940
                                                                                       *FAX number*