UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| David Rodriguez, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mena Hospital Commission d/b/a Mena Regional Health System,<br><br>Defendant. | Case No. 2:23-cv-2002 |

**JOINT SUPPLEMENTAL MEMORANDUM REGARDING CAFA NOTICE**

On July 30, 2025, pursuant to 28 U.S.C. §1715(b), Simpluris, on behalf of Defendant, caused notice of this Settlement and related materials to be sent to the Attorneys General of all U.S. state and territories, the District of Columbia, and the Attorney General of the United States. Because CAFA notice was sent on July 30, 2025, the Parties request that, in the event the Court is inclined to grant Final Approval at the August 11, 2025 hearing, that the Court set a further status hearing at least ninety-five (95) days from July 30, 2025 to determine whether any Attorney General objects to the Settlement. *See, e.g.*, *Hamilton v. NuWest Group Holdings LLC*, No. 2:22-cv-01117-RSM, Dkt. No. 138 (W.D. WA) (July 11, 2025).

Dated: August 4, 2025

Respectfully Submitted,

Randall K. Pulliam (AR Bar 981105)
Courtney E. Brown (AR Bar 2021156)
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, AR 72202
Phone: (501) 312-8500
Fax: (501) 312-8500
rpulliam@cbplaw.com
cbrown@cbplaw.com

1

36603072.2

Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Danielle L. Perry (admitted *pro hac vice*)
Gary E. Mason (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Ste. 640
Washington, DC 20015
Telephone: (202) 429-2290
*dperry@masonllp.com*
*gmason@masonllp.com*

*Attorneys for Plaintiffs and the Putative Classes*


 /s/ Timothy J. Lowe
Timothy J. Lowe (P68669)
**MCDONALD HOPKINS**
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
tlowe@mcdonaldhopkins.com

Sydney K. Bell (0103759)
**MCDONALD HOPKINS**
600 Superior Avenue, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5807
sbell@mcdonaldhopkins.com

*Attorneys for Defendant Mena Regional Health System*

36603072.2