UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RODRIGUEZ *et al.*, Individually
and on Behalf of All OthersSimilarly Situated                    PLAINTIFFS

V.                              Case No. 2:23-CV-2002

MENA HOSPITAL COMMISSION d/b/a
MENA REGIONAL HEALTH SYSTEM                                      DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion for *Cy Pres* Distribution (Doc. 90). They parties inform the Court that all valid claims have now been paid pursuant to the Settlement Agreement. At this point, 139 payments remain uncashed, totaling $14,677.86. If that balance were to be divided among the 2,408 claimants who cashed their checks—and after subtracting the expected administrative costs of distribution—the parties estimate that a second distribution would result in approximately $4.43 per claimant. Thus, a second distribution would not only be *de minimis*, but would benefit neither non-claimant class members nor those similarly situated. The Court agrees and finds that the remainder of the settlement funds should be paid to the *cy pres* recipient, Arkansas Children's Hospital Northwest.

**IT IS THEREFORE ORDERED** that the Joint Motion (Doc. 90) is **GRANTED**. The Settlement Administrator shall distribute the remaining settlement funds to *cy pres* recipient Arkansas Children's Hospital Northwest.

**IT IS SO ORDERED** on this _3rd_ day of August, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE